UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTERS, LTD.,

        Plaintiffs,

    - against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

07 Civ. 2715

[Proposed] ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/08

On September 20, 2007, plaintiffs Aurelius Capital Partners, LP ("ACP") and Aurelius Capital Master, Ltd. ("ACM") moved for summary judgment based on their contentions, among other things, that ACP is the beneficial owner of $57,105,000 in original principal amount of debt securities, together with all accrued and unpaid interest thereon, including capitalized interest, issued by defendant the Republic of Argentina (the "Republic"); that ACM is the beneficial owner of $41,526,000 in original principal amount of debt securities, together with all accrued and unpaid interest thereon, including capitalized interest, issued by the Republic; and that the Republic has defaulted on its payment obligations under the debt securities. On October 19, 2007, counsel for the Republic wrote a letter to counsel for ACP and ACM in which counsel for the Republic stated, among other things, that "[i]n light of [the evidence described in the letter], which support plaintiffs' claims, the Republic will not oppose plaintiffs' motion for summary judgment."

ACP and ACM's motion for summary judgment is therefore granted. ACP is awarded damages in the amount of $57,105,000, plus all accrued and unpaid interest thereon, including capitalized interest, and prejudgment interest as allowed by

law, and ACM is awarded damages in the amount of $41,526,000, plus all accrued and

unpaid interest thereon, including capitalized interest, and prejudgment interest as

allowed by law.  The following tables set forth identifying information concerning the

interests in the debt securities that are beneficially owned by ACP and ACM, and that are

the subject of this action:

Table 1

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $14,592,000 |
| CUSIP No. | CUSIP No. 040114AN0 |
| Date of Issuance: | October 9, 1996 and November 10, 1998 |
| Date of Maturity: | October 9, 2006 |
| Interest Rate Payable: | 11% |
| Dates of Purchase: | December 27, 2006, January 4, 2007, January 26, 2007, January 30, 2007, March 2, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

Table 2

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $12,392,000 |
| CUSIP No. | CUSIP No. 040114AZ3 |
| Date of Issuance: | December 4, 1998 |
| Date of Maturity: | December 4, 2005 |
| Interest Rate Payable: | 11% |
| Dates of Purchase: | December 18, 2006, December 19, 2006, December 20, 2006, January 3, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

2

### Table 3

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $3,833,000 |
| CUSIP No. | CUSIP No. 040114BE9 |
| Date of Issuance: | April 7, 1999 |
| Date of Maturity: | April 7, 2009 |
| Interest Rate Payable: | 11.75% |
| Date of Purchase: | January 3, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

### Table 4

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $13,667,000 |
| CUSIP No. | CUSIP No. 040114GF1 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | December 19, 2008 |
| Interest Rate Payable: | Currently 15.5% |
| Dates of Purchase: | January 3, 2007, January 4, 2007, January 26, 2007, February 5, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

## Table 5

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $4,382,000 |
| CUSIP No. | CUSIP No. 040114GG9 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | June 19, 2018 |
| Interest Rate Payable: | 12.25% |
| Dates of Purchase: | January 3, 2007, January 29, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

## Table 6

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Partners, LP |
| Face Value: | U.S. $8,239,000 |
| CUSIP No. | CUSIP No. 040114GH7 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | June 19, 2031 |
| Interest Rate Payable: | 12% |
| Dates of Purchase: | January 3, 2007, February 8, 2007, March 2, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACP's name, dated August 31, 2007. |

4

## Table 7

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $7,084,000 |
| CUSIP No. | CUSIP No. 040114AN0 |
| Date of Issuance: | October 9, 1996 and November 10, 1998 |
| Date of Maturity: | October 9, 2006 |
| Interest Rate Payable: | 11% |
| Dates of Purchase: | December 27, 2006, January 4, 2007, March 2, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

## Table 8

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $8,943,000 |
| CUSIP No. | CUSIP No. 040114AZ3 |
| Date of Issuance: | December 4, 1998 |
| Date of Maturity: | December 4, 2005 |
| Interest Rate Payable: | 11% |
| Dates of Purchase: | December 18, 2006, December 20, 2006, January 3, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

### Table 9

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $5,317,000 |
| CUSIP No. | CUSIP No. 040114BE9 |
| Date of Issuance: | April 7, 1999 |
| Date of Maturity: | April 7, 2009 |
| Interest Rate Payable: | 11.75% |
| Dates of Purchase: | December 20, 2006, January 3, 2007, January 26, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

### Table 10

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $8,803,000 |
| CUSIP No. | CUSIP No. 040114GF1 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | December 19, 2008 |
| Interest Rate Payable: | Currently 15.5% |
| Dates of Purchase: | January 3, 2007, January 4, 2007, January 31, 2007, February 5, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

## Table 11

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $6,118,000 |
| CUSIP No. | CUSIP No. 040114GG9 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | June 19, 2018 |
| Interest Rate Payable: | 12.25% |
| Dates of Purchase: | January 3, 2007, January 26, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

## Table 12

| | |
|---|---|
| Plaintiff and Beneficial Owner: | Aurelius Capital Master, Ltd. |
| Face Value: | U.S. $5,261,000 |
| CUSIP No. | CUSIP No. 040114GH7 |
| Date of Issuance: | June 19, 2001 |
| Date of Maturity: | June 19, 2031 |
| Interest Rate Payable: | 12% |
| Dates of Purchase: | January 3, 2007, February 8, 2007, March 2, 2007 |
| Date of Acceleration: | March 29, 2007 |
| Contract Document: | Fiscal Agency Agreement dated as of October 19, 1994 |
| Evidence of Ownership Proffered: | Goldman Sachs account statements in ACM's name, dated August 31, 2007. |

The parties shall consult with one another concerning the form of the judgment and the amounts of interest that should be awarded in the judgment. If the parties are able to reach agreement on those subjects, they shall jointly submit an agreed proposed judgment to the Court to be entered on a date agreed to by the parties upon

7

consultation with Chambers.  If the parties are unable to reach agreement, ACP and ACM

shall submit a proposed judgment to the Court, and the Republic shall submit any

objections to the proposed judgment within five business days thereafter.  The Court will

then resolve any remaining disagreements.  Unless otherwise subsequently directed by

the Court, any proposed judgment submitted to the Court should include the following

language: "It is further ORDERED that, until further notice from the Court, Aurelius

Capital Partners, LP and Aurelius Capital Master, Ltd. must refrain from selling or

otherwise transferring their beneficial interest in the bonds involved in this action without

advising the Court in advance and obtaining permission of the Court."

SO ORDERED.

Dated:          New York, New York
               April 4 , 2008

THOMAS P. GRIESA
U.S.D.J.