# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 25th day of March, two thousand and ten.

Before:   Reena Raggi,
          Peter W. Hall,
                *Circuit Judges,*
          Gregory W. Carman,
                *Judge, USCIT.**

_____

Aurelius Capital Partners LP, Aurelius Capital Master, Ltd., Blue Angel Capital I LLC, ACP Master Ltd.,

     *Plaintiffs-Appellants,*

NML Capital, Ltd.

     *Plaintiff,*

v.

The Republic of Argentina,

     *Defendant-Appellee,*

Citibank, N.A.,

     *Garnishee-Interested-Party,*

Administracion de Seguridad Social,

     *Interested-Party.*

_____

SDNY 07-cv-02715(TPG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 25, 2010

**ORDER**
Docket No. 10-837 (L)

IT IS HEREBY ORDERED that Appellants' emergency motion for reconsideration of the order dated March 24, 2010, is DENIED.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit
/s/ Catherine O'Hagan Wolfe

/s/ Catherine O'Hagan Wolfe

Judy Pisnanont, Motions Staff Attorney

_____

*   The Honorable Gregory W. Carman of the United States Court of International Trade, sitting by designation.

CERTIFIED COPY ISSUED ON 03/25/2010