**MANDATE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 04/12/2010
```

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

07cv2715(TPG)

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 9th day of April, two thousand and ten.

_____  **ORDER**

Aurelius Capital Partners, LP v. The Republic of Argentina    Docket Nos. 10-837 (L)

_____

Aurelius Capital Partners LP v. The Republic of Argentina    10-838 (con)

_____

Blue Angel Capital I LLC v. The Republic of Argentina    10-839 (con)

_____

Aurelius Capital Master, Ltd. v. The Republic of Argentina    10-840 (con)

_____

Aurelius Capital Master, Ltd. v. The Republic of Argentina    10-841 (con)

_____

Pursuant to Federal Rule of Appellate Procedure 42(b), IT IS HEREBY ORDERED that Appellants' motion to dismiss these consolidated appeals is GRANTED. Each party is ordered to bear its own costs.

FOR THE COURT,
Catherine O'Hagan Wolfe, Clerk

Judy Pisnanont, Motions Staff Attorney

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 4/9/10**

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*Catherine O'Hagan Wolfe*