**MANDATE**

S1D of 1. – N.Y.C.
07-cv-2715
Griesa, J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of September, two thousand ten,

Present:

    Reena Raggi,
    Gerard E. Lynch,
        *Circuit Judges,*
    Jed S. Rakoff,[*]
        *District Judge.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/27/2010
```

Aurelius Capital Partners LP, *et al.*,

        *Plaintiffs-Appellees*,

    v.

Republic of Argentina,

        *Defendant-Appellant*.

09-5107-cv (L)
09-5097-cv (CON)
09-5099-cv (CON)
09-5100-cv (CON)
09-5108-cv (CON)

The Republic of Argentina moves to vacate the district court's November 19, 2009 preliminary injunction, from which the instant appeals arise. Plaintiffs do not oppose the motion. Upon due consideration, it is hereby ORDERED that the motion is GRANTED, the November 19, 2009 preliminary injunction is VACATED, and the appeals are DISMISSED as moot because the district court's July 23, 2010 order, which denied Plaintiffs' motion for a turnover order, constituted a merits adjudication of the matters at issue in the preliminary injunction, thus rendering the injunction moot. *See generally Sole v. Wyner*, 551 U.S. 74, 84-85 (2007).

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit



HE COURT:
ine O'Hagan Wolfe, Clerk

---

[*] District Judge Jed S. Rakoff of the United States District Court for the Southern District of New York, sitting by designation.

**MANDATE ISSUED ON 09/24/2010**