UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD.,

                 Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

                 Defendant.
-------------------------------------------------------------------

07 Civ. 2715 (TPG)

**NOTICE OF CHANGE OF ADDRESS**

**ECF CASE**

PLEASE TAKE NOTICE that effective March 28, 2011, Emily A. Stubbs of the firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

                      FRIEDMAN KAPLAN SEILER &
                        ADELMAN LLP

                   /s/ Emily A. Stubbs
                  Emily A. Stubbs (estubbs@fklaw.com)
                  7 Times Square
                  New York, NY 10036-6516
                  (212) 833-1100

                  *Attorneys for Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., Blue Angel Capital I LLC, Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

969587.1

969587.1