UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | 07 Civ. 2715 (TPG) |
| Plaintiffs, | |
| - against - | **NOTICE OF CHANGE OF ADDRESS** |
| THE REPUBLIC OF ARGENTINA, | |
| Defendant. | **ECF CASE** |

-----------------------------------------------------------------------

PLEASE TAKE NOTICE that effective March 28, 2011, Chad M. Leicht of the firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

FRIEDMAN KAPLAN SEILER &
   ADELMAN LLP

  /s/ Chad M. Leicht
Chad M. Leicht (cleicht@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Attorneys for Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., Blue Angel Capital I LLC, Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

969562.1