
NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

---

07 Civ. 2715 (TPG)

**NOTICE OF CHANGE OF ADDRESS**

ECF CASE

      PLEASE TAKE NOTICE that effective March 28, 2011, Jessica A. Murzyn of the firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY 10036-6516.

Dated: New York, New York
       March 28, 2011

              FRIEDMAN KAPLAN SEILER &
                ADELMAN LLP

              /s/ Jessica A. Murzyn
              Jessica A. Murzyn (jmurzyn@fklaw.com)
              7 Times Square
              New York, NY 10036-6516
              (212) 833-1100

*Attorneys for Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., Blue Angel Capital I LLC, Aurelius Capital Master, Ltd. and ACP Master, Ltd.*

969566.1