UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------

AURELIUS CAPITAL PARTNERS, LP and AURELIUS
CAPITAL MASTER, LTD.,

                      Plaintiffs,

               - against -

THE REPUBLIC OF ARGENTINA,

                   Defendant.

----------------------------------------------------------------------

07 Civ. 2715 (TPG)

**NOTICE OF CHANGE**
**OF ADDRESS**

**ECF CASE**

PLEASE TAKE NOTICE that effective March 28, 2011, Andrew W. Goldwater of the

firm Friedman Kaplan Seiler & Adelman LLP has moved to 7 Times Square, New York, NY

10036-6516.

Dated:  New York, New York
        March 28, 2011

FRIEDMAN KAPLAN SEILER &
  ADELMAN LLP

  /s/ Andrew W. Goldwater
Andrew W. Goldwater(agoldwater@fklaw.com)
7 Times Square
New York, NY 10036-6516
(212) 833-1100

*Attorneys for Aurelius Capital Partners, LP,*
*Aurelius Capital Master, Ltd., Blue Angel Capital I*
*LLC, Aurelius Capital Master, Ltd. and ACP*
*Master, Ltd.*

970151.1