USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,               07 Civ. 2715 (TPG)

              Plaintiffs,

            - against -

REPUBLIC OF ARGENTINA,

              Defendant.
-------------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,               07 Civ. 11327 (TPG)

              Plaintiffs,

           - against -

REPUBLIC OF ARGENTINA,

              Defendant.
-------------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,

              Plaintiff,                                         07 Civ. 2693 (TPG)

           - against -

THE REPUBLIC OF ARGENTINA,

              Defendant.
-------------------------------------------------------------------- X
(captions continued on following pages)

## STIPULATION AND ORDER

```
------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :         09 Civ. 8757 (TPG)
                                             :
                Plaintiffs,                  :
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :         09 Civ. 10620 (TPG)
                                             :
                Plaintiffs,                  :
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
------------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and      :
AURELIUS CAPITAL MASTER, LTD.,               :         10 Civ. 1602 (TPG)
                                             :
                Plaintiffs,                  :
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
------------------------------------------------------------- X
```

```
-------------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and        :
AURELIUS CAPITAL MASTER, LTD.,                 :
                                               :    10 Civ. 3507 (TPG)
              Plaintiffs,                      :
                                               :
       - against -                             :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
              Defendant.                       :
-------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS    :
OPPORTUNITIES FUND II, LLC,                    :
                                               :    10 Civ. 3970 (TPG)
              Plaintiffs,                      :
                                               :
       - against -                             :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
              Defendant.                       :
-------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                      :
                                               :
              Plaintiff,                       :    10 Civ. 4101 (TPG)
                                               :
       - against -                             :
                                               :
REPUBLIC OF ARGENTINA,                         :
              Defendant.                       :
-------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                      :
                                               :
              Plaintiff,                       :    10 Civ. 4782 (TPG)
                                               :
       - against -                             :
                                               :
REPUBLIC OF ARGENTINA,                         :
              Defendant.                       :
-------------------------------------------------------------- X
```

----------------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS
OPPORTUNITIES FUND II, LLC,                              :  10 Civ. 8339 (TPG)

          Plaintiffs,

          - against -

THE REPUBLIC OF ARGENTINA,

          Defendant.
----------------------------------------------------------------------- X

## STIPULATION AND ORDER

Defendant the Republic of Argentina (the "Republic"), by and through its attorneys, Cleary Gottlieb Steen & Hamilton LLP, and plaintiffs Aurelius Capital Partners LP, et al., by and through their attorneys, Simpson Thacher & Bartlett LLP, hereby agree and stipulate as follows:

1. The Republic shall have until June 30, 2011 to (a) serve papers in response to plaintiffs' "Motion to Confirm the Pre-Judgment And Post-Judgment Attachment Orders Dated May 16, 2011 and Directed at Royalty/Licensing Fees The Republic is Entitled to Receive from BASF," dated May 17, 2011, and plaintiffs' "Motion to Confirm the Attachment Orders Against the Republic's Property Interests in United States Patents," dated May 23, 2011 (together, the "Motions to Confirm"); and (b) move to vacate the Attachment Orders obtained by plaintiffs on May 16, 2011 (the "Motion to Vacate");

2. Plaintiffs shall have until July 29, 2011 to serve reply papers, if any, in further support of their Motions to Confirm, and to serve papers in response to the Republic's Motion to Vacate;

3. The Republic shall have until August 12, 2011 to serve reply papers, if any, in further support of its Motion to Vacate.

4.  Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the briefing schedule for these Motions.

Dated: New York, New York
June 6, 2011

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _Carmine Boccuzzi /SAS_
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina

SIMPSON THACHER & BARTLETT LLP

By: _Barry Ostrager /SAS_
Barry R. Ostrager (bostrager@stblaw.com)
Tyler B. Robinson (trobinson@stblaw.com)

425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

Attorneys for Plaintiffs

So Ordered:
_Thomas P. Griesa_
United States District Judge
Dated: June 7, 2011