# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · MOSCOW · FRANKFURT · COLOGNE
ROME · MILAN · HONG KONG · BEIJING

| | | |
|---|---|---|
| MARK A. WALKER | DAVID E. BRODSKY | BREON S. PEACE |
| LESLIE B. SAMUELS | ARTHUR H. KOHN | MEREDITH E. KOTLER |
| EDWARD F. GREENE | RAYMOND B. CHECK | CHANTAL E. KORDULA |
| EVAN A. DAVIS | RICHARD J. COOPER | BENET J. O'REILLY |
| LAURENT ALPERT | JEFFREY S. LEWIS | DAVID AMAN |
| VICTOR I. LEWKOW | FILIP MOERMAN | ADAM E. FLEISHER |
| LESLIE N. SILVERMAN | PAUL J. SHIM | SEAN A. O'NEAL |
| ROBERT L. TORTORIELLO | STEVEN L. WILNER | GLENN P. MCGRORY |
| A. RICHARD SUSKO | ERIKA W. NIJENHUIS | CHRISTOPHER P. MOORE |
| LEE C. BUCHHEIT | LINDSEE P. GRANFIELD | JOON H. KIM |
| JAMES M. PEASLEE | ANDRES DE LA CRUZ | MATTHEW P. SALERNO |
| ALAN L. BELLER | DAVID C. LOPEZ | MICHAEL J. ALBANO |
| THOMAS J. MOLONEY | CARMEN A. CORRALES | VICTOR L. HOU |
| WILLIAM F. GORIN | JAMES L. BROMLEY | ROGER A. COOPER |
| MICHAEL L. RYAN | PAUL E. GLOTZER | RESIDENT PARTNERS |
| ROBERT P. DAVIS | MICHAEL A. GERSTENZANG | |
| YARON Z. REICH | LEWIS J. LIMAN | |
| RICHARD S. LINCER | LEV L. DASSIN | |
| JAIME A. EL KOURY | NEIL Q. WHORISKEY | |
| STEVEN G. HOROWITZ | JORGE U. JUANTORENA | SANDRA M. ROCKS |
| ANDREA G. PODOLSKY | MICHAEL D. WEINBERGER | S. DOUGLAS BORISKY |
| JAMES A. DUNCAN | DAVID LEINWAND | JUDITH KASSEL |
| STEVEN M. LOEB | JEFFREY A. ROSENTHAL | DAVID E. WEBB |
| DANIEL S. STERNBERG | ETHAN A. KLINGSBERG | PENELOPE L. CHRISTOPHOROU |
| DONALD A. STERN | MICHAEL J. VOLKOVITSCH | BOAZ S. MORAG |
| CRAIG B. BROD | MICHAEL D. DAYAN | MARY E. ALCOCK |
| SHELDON H. ALSTER | CARMINE D. BOCCUZZI, JR | GABRIEL J. MESA |
| WANDA J. OLSON | JEFFREY D. KARPF | DAVID H. HERRINGTON |
| MITCHELL A. LOWENTHAL | KIMBERLY BROWN BLACKLOW | HEIDE H. ILGENFRITZ |
| DEBORAH M. BUELL | ROBERT J. RAYMOND | KATHLEEN M. EMBERGER |
| EDWARD J. ROSEN | LEONARD C. JACOBY | NANCY I. RUSKIN |
| JOHN PALENBERG | SANDRA L. FLOW | WALLACE L. LARSON, JR |
| LAWRENCE B. FRIEDMAN | FRANCESCA L. ODELL | JAMES D. SMALL |
| NICOLAS GRABAR | WILLIAM L. MCRAE | AVRAM E. LUFT |
| CHRISTOPHER E. AUSTIN | JASON FACTOR | ELIZABETH LENAS |
| SETH GROSSHANDLER | MARGARET S. PEPONIS | DANIEL ILAN |
| WILLIAM A. GROLL | LISA M. SCHWEITZER | CARLO DE VITO PISCICELLI |
| JANET L. FISHER | KRISTOFER W. HESS | ANDREW WEAVER |
| DAVID L. SUGERMAN | JUAN G. GIRALDEZ | RESIDENT COUNSEL |
| HOWARD S. ZELBO | DUANE MCLAUGHLIN | |

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com





June 24, 2011

BY HAND

Honorable Thomas P. Griesa
United States District Court for
  the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, No. 07 Civ. 2715 (TPG); et al.

Dear Judge Griesa:

      We represent the Republic of Argentina (the "Republic") in the above-captioned actions. We respectfully request that, for the convenience of the Court and the parties, Your Honor instruct the Clerk of the Court to designate the following four-non-ECF actions as ECF cases:

- *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 07 Civ. 2715 (TPG);
- *Blue Angel Capital I LLC v. Republic of Argentina*, 07 Civ. 2693 (TPG);
- *Aurelius Capital Master, Ltd. and ACP Master, Ltd. v. Republic of Argentina*, 09 Civ. 10620 (TPG); and
- *Aurelius Opportunities Fund II, LLC and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 10 Civ. 1602 (TPG).

      These non-ECF cases are related to the following ECF actions –*Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 07 Civ. 11327 (TPG);

Approved.
Thomas P. Griesa by KS
6/28/11

Honorable Thomas P. Griesa, p. 2

*Aurelius Capital Master, Ltd. and ACP Master, Ltd. v. Republic of Argentina*, 09 Civ. 8757 (TPG); *Aurelius Opportunities Fund II, LLC and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 10 Civ. 3507 (TPG); *Aurelius Capital Master, Ltd. and Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, 10 Civ. 3970 (TPG); *Blue Angel Capital I LLC v. Republic of Argentina*, 10 Civ. 4101 (TPG); *Blue Angel Capital I LLC v. Republic of Argentina*, 10 Civ. 4782 (TPG); *Aurelius Capital Master, Ltd. and Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, 10 Civ. 8339 (TPG). We believe it would simplify matters to have all of the actions in which we represent the Republic against *Aurelius Capital Partners, LP and Aurelius Capital Mater, Ltd. et al.* designated as ECF.

We have discussed this request with counsel for the plaintiffs and they support this request. Should the Court be inclined to grant this request, we would simply request that the Court so order this letter and instruct the Clerk to make the ECF designations.

Respectfully submitted,

Carmine D. Boccuzzi

cc:   Counsel of Record

SO ORDERED: