UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP             :
and AURELIUS CAPITAL MASTER, LTD.,        :      07 Civ. 2715 (TPG)
                                          :
                Plaintiffs,       :
                                          :
         - against -                    :
                                          :
REPUBLIC OF ARGENTINA,                    :
                                          :
                Defendant.        :
------------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP             :
and AURELIUS CAPITAL MASTER, LTD.,        :      07 Civ. 11327 (TPG)
                                          :
                Plaintiffs,       :
                                          :
         - against -                    :
                                          :
REPUBLIC OF ARGENTINA,                    :
                                          :
                Defendant.        :
------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                 :
                                          :      07 Civ. 2693 (TPG)
                Plaintiff,        :
                                          :
         - against -                    :
                                          :
REPUBLIC OF ARGENTINA,                    :
                Defendant.        :
------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

```
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :
                                             :    09 Civ. 8757 (TPG)
              Plaintiffs,                    :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
              Defendant.                     :
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :
                                             :    09 Civ. 10620 (TPG)
              Plaintiffs,                    :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
              Defendant.                     :
------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and      :
AURELIUS CAPITAL MASTER, LTD.,               :
                                             :    10 Civ. 1602 (TPG)
              Plaintiffs,                    :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
              Defendant.                     :
------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and      :
AURELIUS CAPITAL MASTER, LTD.,               :
                                             :    10 Civ. 3507 (TPG)
              Plaintiffs,                    :
                                             :
      - against -                            :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
              Defendant.                     :
------------------------------------------------------------X
```

```
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS    :
OPPORTUNITIES FUND II, LLC,                   :    10 Civ. 3970 (TPG)
                                              :
                Plaintiffs,                   :
                                              :
           - against -                        :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                     :
                                              :    10 Civ. 4101 (TPG)
                Plaintiff,                    :
                                              :
           - against -                        :
                                              :
REPUBLIC OF ARGENTINA,                        :
                Defendant.                    :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                     :
                                              :    10 Civ. 4782 (TPG)
                Plaintiff,                    :
                                              :
           - against -                        :
                                              :
REPUBLIC OF ARGENTINA,                        :
                Defendant.                    :
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS    :
OPPORTUNITIES FUND II, LLC,                   :    10 Civ. 8339 (TPG)
                                              :
                Plaintiffs,                   :
                                              :
           - against -                        :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------X
```

3

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 30th day of June 2011, I caused service of the Notice of Motion to Vacate the Ex Parte Attachment Order Concerning U.S. Patents and Patent Applications; the Notice of Motion to Vacate the Ex Parte Attachment Order Concerning Instituto Nacional De Technologia Agropecuaria's Rice Gene Technology; the Memorandum of Law in Opposition to Plaintiffs' Motion to Confirm the Ex Parte Attachment Order Concerning U.S. Patents and Patent Applications and in Support of Motion to Vacate; the Memorandum of Law in Opposition to Plaintiffs' Motion to Confirm the Ex Parte Attachment Order Concerning the Instituto Nacional De Technologia Agropecuaria's Rice Gene Technology and in Support of Motion to Vacate; the Declaration of Carmine D. Boccuzzi in Opposition to Plaintiffs' Motion to Confirm the Ex Parte Attachment Order Concerning the Instituto Nacional De Technologia Agropecuaria's Rice Gene Technology and in Support of Motion to Vacate; the Declaration of Carmine D. Boccuzzi in Opposition to Plaintiffs' Motion to Confirm the Ex Parte Attachment Order Concerning U.S. Patents and Patent Applications and in Support of Motion to Vacate; the Declaration of Adolfo Luis Cerioni; the Declaration of Enrique Mario Martinez; the Declaration of Claudio Solari; the Declaration of Faustino Sineriz; and the Declaration of Rodolfo Ariel Blasco to be made by electronically filing said documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated:   New York, New York
         July 1, 2011

_____
Brendan Cyr