USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

          Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

          Defendant.

07 Civ. 2715 (TPG)

----------------------------------------------------------------X

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

          Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

          Defendant.

07 Civ. 11327 (TPG)

----------------------------------------------------------------X

BLUE ANGEL CAPITAL I LLC,

          Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,

          Defendant.

07 Civ. 2693 (TPG)

----------------------------------------------------------------X

(captions continued on following pages)

```
-----------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP       :
MASTER, LTD.,                               :
                                            :       09 Civ. 8757 (TPG)
              Plaintiffs,                   :
                                            :
       - against -                          :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
              Defendant.                    :
-----------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP       :
MASTER, LTD.,                               :
                                            :       09 Civ. 10620 (TPG)
              Plaintiffs,                   :
                                            :
       - against -                          :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
              Defendant.                    :
-----------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and     :
AURELIUS CAPITAL MASTER, LTD.,              :
                                            :       10 Civ. 1602 (TPG)
              Plaintiffs,                   :
                                            :
       - against -                          :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
              Defendant.                    :
-----------------------------------------------------------X
```

```
---------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and     :
AURELIUS CAPITAL MASTER, LTD.,              :
                                            :   10 Civ. 3507 (TPG)
                    Plaintiffs,             :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
---------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS :
OPPORTUNITIES FUND II, LLC,                 :
                                            :   10 Civ. 3970 (TPG)
                    Plaintiffs,             :
                                            :
        - against -                         :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                    Defendant.              :
---------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                   :
                                            :
                    Plaintiff,              :   10 Civ. 4101 (TPG)
                                            :
        - against -                         :
                                            :
REPUBLIC OF ARGENTINA,                      :
                    Defendant.              :
---------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                   :
                                            :
                    Plaintiff,              :   10 Civ. 4782 (TPG)
                                            :
        - against -                         :
                                            :
REPUBLIC OF ARGENTINA,                      :
                    Defendant.              :
---------------------------------------------------------------X
```

---------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS
OPPORTUNITIES FUND II, LLC,

                 Plaintiffs,

                 - against -

THE REPUBLIC OF ARGENTINA,

                 Defendant.
---------------------------------------------------------------X

10 Civ. 8339 (TPG)

## STIPULATION AND ORDER

Plaintiffs Aurelius Capital Partners LP, et al., by and through their attorneys, Simpson Thacher & Bartlett LLP, defendant the Republic of Argentina (the "Republic"), by and through its attorneys, Cleary Gottlieb Steen & Hamilton LLP, and non-party BASF Corp. ("BASF"), by and through its attorneys, Leader & Berkon LLP, hereby agree and stipulate as follows:

      1.      BASF shall have until August 17, 2011 to (a) serve papers in response to plaintiffs' "Motion to Confirm the Pre-Judgment And Post-Judgment Attachment Orders Dated May 16, 2011 and Directed at Royalty/Licensing Fees The Republic is Entitled to Receive from BASF," dated May 17, 2011, and plaintiffs' "Motion to Confirm the Attachment Orders Against the Republic's Property Interests in United States Patents," dated May 23, 2011 (together, the "Motions to Confirm"); and/or (b) move to vacate the Attachment Orders obtained by plaintiffs on May 16, 2011;

      2.      Plaintiffs shall have until August 31, 2011 to serve reply papers in further support of their Motions to Confirm, and to serve papers in response to the Republic's Motions to Vacate filed on June 30, 2011 and any papers filed by BASF on August 17, 2011;

3. The Republic and BASF shall have until September 14, 2011 to serve reply papers in further support of their respective Motions to Vacate, if any.

4. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel for plaintiffs and the Republic represent that this is the second request for an extension of the briefing schedule for these Motions and that such request is being made in order to allow BASF to be heard in connection with these Motions. The first request for an extension of the briefing schedule was granted.

Dated: New York, New York
July 21, 2011

SIMPSON THACHER & BARTLETT LLP

By: *Barry R. Ostrager*
Barry R. Ostrager (bostrager@stblaw.com)
Tyler B. Robinson (trobinson@stblaw.com)

425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000

Attorneys for Plaintiffs

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: *Carmine D. Boccuzzi*
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)
Christopher P. Moore (cmoore@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina

2

LEADER & BERKON LLP

By: *S. Alyssa Young* (MS)
S. Alyssa Young (ayoung@leaderberkon.com)

630 Third Avenue
New York, NY 10017
(212) 486-2400

Attorneys for BASF Corp.

So Ordered:

*Thomas P. Griesa*
United States District Judge
Dated: July 22, 2011

3