UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | : |
| | : |
| Plaintiffs, | : No. 07 Civ. 2715 (TPG) |
| | : |
| - against - | : |
| | : |
| THE REPUBLIC OF ARGENTINA, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------------x :

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | : |
| | : |
| | : No. 07 Civ. 11327 (TPG) |
| Plaintiffs, | : |
| | : |
| - against - | : |
| | : |
| THE REPUBLIC OF ARGENTINA, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------------x :

| | |
|---|---|
| BLUE ANGEL CAPITAL I LLC, | : |
| | : |
| Plaintiff, | : No. 07 Civ. 2693 (TPG) |
| | : |
| - against - | : |
| | : |
| THE REPUBLIC OF ARGENTINA, | : |
| | : |
| Defendant. | : |

-------------------------------------------------------------------x : (*Captions continue on following pages*)


**PLAINTIFFS' NOTICE OF MOTION TO
CONFIRM ORDER OF ATTACHMENT**

```
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                                :
ACP MASTER, LTD.,                                                 :
                                                                 :   No.  09 Civ. 8757 (TPG)
                                          Plaintiffs,             :
                                                                 :
                                                                 :
                        - against -                              :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                          Defendant.             :
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                                :
ACP MASTER, LTD.,                                                 :
                                                                 :   No.  09 Civ. 10620 (TPG)
                                          Plaintiffs,             :
                                                                 :
                                                                 :
                        - against -                              :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                          Defendant.             :
-----------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                              :
and AURELIUS CAPITAL MASTER, LTD.,                               :
                                                                 :   No.  10 Civ. 1602 (TPG)
                                          Plaintiffs,             :
                                                                 :
                                                                 :
                        - against -                              :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                          Defendant.             :
-----------------------------------------------------------------x :
```

```
-----------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                              :
and AURELIUS CAPITAL MASTER, LTD.,                               :
                                                                :   No.  10 Civ. 3507 (TPG)
                                      Plaintiffs,               :
                                                                :
                   - against -                                  :
                                                                :
THE REPUBLIC OF ARGENTINA,                                      :
                                                                :
                                      Defendant.               :
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                               :
AURELIUS OPPORTUNITIES FUND II, LLC,                            :
                                                                :   No.  10 Civ. 3970 (TPG)
                                      Plaintiffs,               :
                                                                :
                   - against -                                  :
                                                                :
THE REPUBLIC OF ARGENTINA,                                      :
                                                                :
                                      Defendant.               :
-----------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                       :
                                                                :
                                      Plaintiff,               :   No.  10 Civ. 4101 (TPG)
                                                                :
                   - against -                                  :
                                                                :
THE REPUBLIC OF ARGENTINA,                                      :
                                                                :
                                      Defendant.               :
-----------------------------------------------------------------x :
```

```
-----------------------------------------------------------------x  :
BLUE ANGEL CAPITAL I LLC,                                          :
                                                                  :
                                     Plaintiff,                   :     No.  10 Civ. 4782 (TPG)
                                                                  :
              - against -                                         :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                                     Defendant.                   :
                                                                  :
-----------------------------------------------------------------x  :
AURELIUS CAPITAL MASTER, LTD., and                                :
AURELIUS OPPORTUNITIES FUND II, LLC,                              :
                                                                  :     No.  10 Civ. 8339
                                     Plaintiffs,                  :
                                                                  :
              - against -                                         :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                                     Defendant.                   :
-----------------------------------------------------------------x  :
```

PLEASE TAKE NOTICE that, upon (a) the accompanying Memorandum of Law in Support of Plaintiffs' Motion to Confirm Order of Attachment, dated August 8, 2011; (b) the Memorandum of Law in Support of Plaintiffs' Application for Order of Attachment, dated August 1, 2011; (c) the Declaration of Emily A. Stubbs, dated August 1, 2011, and attached exhibits; (d) the Declaration of Kenneth N. Kuttner, dated July 31, 2011, and attached exhibits, and all prior pleadings and proceedings in these actions, the undersigned will move before the Honorable Thomas P. Griesa, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 26B, New York, New York 10007, on August 29, 2011, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Rule 64 of the Federal Rules of Civil Procedure, Section 6211(b) and Rule 6212 of the New York

Civil Practice Law and Rules, and 28 U.S.C. § 1610, confirming the *ex parte* order of attachment issued by this Court on August 1, 2011, and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that pursuant to S.D.N.Y. Local Civil Rule 6.1(b), opposing affidavits and answering memoranda of law, if any, shall be served within fourteen days hereof, and reply affidavits and reply memoranda of law, if any, shall be served within seven days after service of the answering papers.

Dated:  New York, New York
        August 8, 2011

FRIEDMAN KAPLAN SEILER
  & ADELMAN LLP

By:  */s/ Edward A. Friedman*
    Edward A. Friedman
    Daniel B. Rapport
    Emily A. Stubbs
    Jeffrey C. Fourmaux

7 Times Square
New York, New York  10036
Telephone:  (212) 833-1100

*Attorneys for Plaintiffs*