**MEMO ENDORSED**

## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
GERALD ADLER
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
(212) 833-1188
WRITER'S DIRECT FAX
(212) 373-7988
E-MAIL
CLEICHT@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
    COUNSEL

JESSICA A. MURZYN
JEFFREY C. FOURMAUX
CHAD M. LEICHT
JASON C. RUBINSTEIN
MICHAEL A. GORDON
ROBERT S. LANDY
RICKIE M. SONPAL
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
JESSICA RICHMAN SMITH
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
AMY K. PENN
GREGORY W. FOX
RAHUL AGARWAL
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR

July 29, 2011

RECEIVED AUG 04 2011 CHAMBERS OF JUDGE GRIESA

BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: *Aurelius Capital Partners, LP, et al. v. The Republic of Argentina*, 1:07-cv-02715 (S.D.N.Y.) (TPG)

Dear Judge Griesa:

    As of July 31, 2011, I will no longer be associated with Friedman Kaplan Seiler & Adelman LLP, counsel to plaintiffs Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. in the above captioned matter. Accordingly, pursuant to Local Civil Rule 1.4, I respectfully request that my name be removed from the docket sheets and all service lists and that I no longer receive electronic notifications in the above action. Friedman Kaplan Seiler & Adelman LLP continues to represent these parties in the above captioned matter.

Respectfully,

Chad Leicht

SO ORDERED
/s/ Thomas P. Griesa
Judge Thomas P. Griesa
Dated: 8/9/11

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/9/11

1011603.1