UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., : : : Plaintiffs, : : - against - : : THE REPUBLIC OF ARGENTINA, : : Defendant. : | No. 07 Civ. 2715 (TPG) |

---------------------------------------------------------------x

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., : : : Plaintiffs, : : - against - : : THE REPUBLIC OF ARGENTINA, : : Defendant. : | No. 07 Civ. 11327 (TPG) |

---------------------------------------------------------------x

| | |
|---|---|
| BLUE ANGEL CAPITAL I LLC, : : Plaintiff, : : - against - : : THE REPUBLIC OF ARGENTINA, : : Defendant. : | No. 07 Civ. 2693 (TPG) |

---------------------------------------------------------------x   (*Captions continued on following pages*)

**CERTIFICATE OF SERVICE**

1025659.1

```
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :  No.  09 Civ. 8757 (TPG)
                                Plaintiffs,                    :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                Defendant.                     :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :  No.  09 Civ. 10620 (TPG)
                                Plaintiffs,                    :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                Defendant.                     :
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                            :
and AURELIUS CAPITAL MASTER, LTD.,                             :
                                                               :  No.  10 Civ. 1602 (TPG)
                                Plaintiffs,                    :
                                                               :
               - against -                                     :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                Defendant.                     :
---------------------------------------------------------------x :
```

1025659.1

```
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC              :
and AURELIUS CAPITAL MASTER, LTD.,               :
                                                 :   No. 10 Civ. 3507 (TPG)
                    Plaintiffs,                  :
                                                 :
         - against -                             :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                    Defendant.                   ::
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                :
AURELIUS OPPORTUNITIES FUND II, LLC,             :
                                                 :   No. 10 Civ. 3970 (TPG)
                    Plaintiffs,                  :
                                                 :
         - against -                             :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                    Defendant.                   :
---------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                    Plaintiff,                   :   No. 10 Civ. 4101 (TPG)
                                                 :
         - against -                             :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                    Defendant.                   :
---------------------------------------------------------------x :
```

1025659.1

```
-------------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                          :
                                                                   :
                                    Plaintiff,                     :   No.  10 Civ. 4782 (TPG)
                                                                   :
         - against -                                               :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                                 :
AURELIUS OPPORTUNITIES FUND II, LLC,                               :
                                                                   :   No.  10 Civ. 8339
                                    Plaintiffs,                    :
                                                                   :
         - against -                                               :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                                    Defendant.                     :
-------------------------------------------------------------------x :
```

I, Jessica A. Murzyn, certify that on August 9, 2011, the following documents were served via hand delivery upon Thomas C. Baxter, Jr., Esq., Federal Reserve Bank of New York, 33 Liberty Street, 7th Floor, New York 10043:

1. Plaintiffs' Notice of Motion to Confirm Order of Attachment, dated August 8, 2011;

2. Memorandum of Law in Support of Plaintiffs' Motion to Confirm Order of Attachment, dated August 8, 2011;

3. Memorandum of Law in Support of Plaintiffs' Application for Order of Attachment, dated August 1, 2011;

4. Declaration of Emily A. Stubbs, dated August 1, 2011, and attached exhibits; and

5. Declaration of Kenneth N. Kuttner, dated July 31, 2011, and attached exhibits.

Dated:	August 9, 2011
	New York, New York

                           FRIEDMAN KAPLAN SEILER & ADELMAN LLP

                    By:  /s/ Jessica A. Murzyn
                         Jessica A. Murzyn (jmurzyn@fklaw.com)
                         7 Times Square
                         New York, NY 10036-6516
                         (212) 833-1100

                         *Attorneys for Plaintiffs*