UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                        Plaintiffs,   :   No. 07 Civ. 2715 (TPG)

         - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                        Plaintiffs,   :   No. 07 Civ. 11327 (TPG)

         - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC,

                        Plaintiff,   :   No. 07 Civ. 2693 (TPG)

         - against -

THE REPUBLIC OF ARGENTINA,

                        Defendant.
------------------------------------------------------------x   *(Captions continue on following pages)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/11

## STIPULATION AND CONSENT ORDER

```
---------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and       :
ACP MASTER, LTD.,                       :
                                        :    No. 09 Civ. 8757 (TPG)
                         Plaintiffs,    :
                                        :
        - against -                     :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                         Defendant.     :
---------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and       :
ACP MASTER, LTD.,                       :
                                        :    No. 09 Civ. 10620 (TPG)
                         Plaintiffs,    :
                                        :
        - against -                     :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                         Defendant.     :
---------------------------------------------------------x
AURELIUS OPPORTUNITIES FUND II, LLC     :
and AURELIUS CAPITAL MASTER, LTD.,      :
                                        :    No. 10 Civ. 1602 (TPG)
                         Plaintiffs,    :
                                        :
        - against -                     :
                                        :
THE REPUBLIC OF ARGENTINA,              :
                                        :
                         Defendant.     :
---------------------------------------------------------x
```

```
---------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC         :
and AURELIUS CAPITAL MASTER, LTD.,          :
                                            :   No. 10 Civ. 3507 (TPG)
                              Plaintiffs,   :
                                            :
              - against -                   :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                              Defendant.    :
---------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and           :
AURELIUS OPPORTUNITIES FUND II, LLC,        :
                                            :   No. 10 Civ. 3970 (TPG)
                              Plaintiffs,   :
                                            :
              - against -                   :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                              Defendant.    :
---------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                   :
                                            :
                              Plaintiff,    :   No. 10 Civ. 4101 (TPG)
                                            :
              - against -                   :
                                            :
THE REPUBLIC OF ARGENTINA,                  :
                                            :
                              Defendant.    :
---------------------------------------------------------x :
```

1028884.1

```
-------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                     :
                                                              :
                                    Plaintiff,                :   No. 10 Civ. 4782 (TPG)
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                            :
AURELIUS OPPORTUNITIES FUND II, LLC,                          :
                                                              :   No. 10 Civ. 8339
                                    Plaintiffs,               :
                                                              :
            - against -                                       :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                                    Defendant.                :
-------------------------------------------------------------x :
```

WHEREAS on August 1, 2011, the Court issued an Order of Attachment ("Attachment Order") upon the application of Plaintiffs Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively "Plaintiffs"); and

WHEREAS on August 2, 2011, Plaintiffs served the Attachment Order on the Federal Reserve Bank of New York (the "FRBNY"); and

WHEREAS on August 4, 2011, the Court held a conference regarding the Attachment Order; and

WHEREAS on August 8, 2011, Plaintiffs filed a Motion to Confirm Order of Attachment (the "Motion To Confirm"), returnable on August 29, 2011; and

WHEREAS on August 8, 2011, Plaintiffs filed a Motion for Expedited Discovery from the Republic of Argentina (the "Republic") and Banco Central de la República Argentina ("BCRA") (the "Discovery Motion"), returnable on August 18, 2011; and

WHEREAS on August 8, 2011, Plaintiffs served a subpoena on the FRBNY (the "FRBNY Subpoena") and a subpoena on Citibank, N.A. (the "Citibank Subpoena"), each of which seeks production of documents and testimony; and

WHEREAS on August 10, 2011, the FRBNY served a Garnishee's Statement in response to the Attachment Order stating, "The New York Fed does not hold property of the Republic, either now or on August 1, 2 and 3, 2011. Accordingly, the New York Fed does not have in its possession or custody any property specified in the Attachment Order";

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1. With respect to the FRBNY Subpoena, the date to respond or object to the request for documents is adjourned from August 15 to August 29, 2011, and the date for testimony is adjourned *sine die*.

2. With respect to the Citibank Subpoena, the date to respond or object to the request for documents is adjourned from August 15 to August 29, 2011, and the date for testimony is adjourned *sine die*.

3. Any memoranda of law and other papers in opposition to the Discovery Motion and Motion to Confirm shall be filed and served on or before September 1, 2011; any reply thereto shall be filed and served on or before September 21, 2011; and oral argument with respect to the Discovery Motion and Motion to Confirm shall be heard on a date to be set by the Court that is on or after September 22, 2011.

4. Nothing herein shall constitute a waiver of sovereign immunity nor consent to personal or subject matter jurisdiction.

5. This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved.

Dated: New York, New York
August 1?, 2011

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _____ | By: _____ |
| Jonathan I. Blackman | Edward A. Friedman |
| Carmine D. Boccuzzi Jr. | Daniel B. Rapport |
| Christopher P. Moore | Emily A. Stubbs |
| One Liberty Plaza | Jeffrey C. Fourmaux |
| New York, NY 10006 | 7 Times Square |
| Telephone: (212) 225-2000 | New York, NY 10036 |
| | Telephone: (212) 833-1100 |
| *Attorneys for the Republic of Argentina* | *Attorneys for Plaintiffs* |

| SULLIVAN & CROMWELL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph E. Neuhaus | Karen E. Wagner |
| Laurent Wiesel | Jennifer G. Newstead |
| Michael J. Ushkow | James L. Kerr |
| 125 Broad Street | 450 Lexington Avenue |
| New York, NY 10004 | New York, NY 10017 |
| Telephone: (212) 558-4000 | Telephone: (212) 450-4000 |
| *Attorneys for Banco Central de la República Argentina* | *Attorneys for Citibank, N.A.* |

FEDERAL RESERVE BANK OF
NEW YORK

By: _____
Thomas C. Baxter, Jr.
Michele Kalstein
33 Liberty Street
New York, NY 10045-0001
Telephone: (646) 720-5000

*Attorneys for the Federal Reserve Bank of New York*

1027886.5         4

5. This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved.

Dated: New York, New York
August 17 2011

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _____ | By: _____ |
| Jonathan I. Blackman | Edward A. Friedman |
| Carmine D. Boccuzzi Jr. | Daniel B. Rapport |
| Christopher P. Moore | Emily A. Stubbs |
| One Liberty Plaza | Jeffrey C. Fourmaux |
| New York, NY 10006 | 7 Times Square |
| Telephone: (212) 225-2000 | New York, NY 10036 |
| | Telephone: (212) 833-1100 |
| *Attorneys for the Republic of Argentina* | *Attorneys for Plaintiffs* |

| SULLIVAN & CROMWELL LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| By: _____ | By: _____ |
| Joseph E. Neuhaus | Karen E. Wagner |
| Laurent Wiesel | Jennifer G. Newstead |
| Michael J. Ushkow | James L. Kerr |
| 125 Broad Street | 450 Lexington Avenue |
| New York, NY 10004 | New York, NY 10017 |
| Telephone: (212) 558-4000 | Telephone: (212) 450-4000 |
| *Attorneys for Banco Central de la República Argentina* | *Attorneys for Citibank, N.A.* |

FEDERAL RESERVE BANK OF
NEW YORK

By: _____
   Thomas C. Baxter, Jr.
   Michele Kalstein
33 Liberty Street
New York, NY 10045-0001
Telephone: (646) 720-5000

*Attorneys for the Federal Reserve Bank of New York*

5. This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved.

Dated: New York, New York
August __, 2011

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: _____<br>Jonathan I. Blackman<br>Carmine D. Boccuzzi Jr.<br>Christopher P. Moore<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000<br><br>*Attorneys for the Republic of Argentina* | By: _____<br>Edward A. Friedman<br>Daniel B. Rapport<br>Emily A. Stubbs<br>Jeffrey C. Fourmaux<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 833-1100<br><br>*Attorneys for Plaintiffs* |
| SULLIVAN & CROMWELL LLP | DAVIS POLK & WARDWELL LLP |
| By: _____<br>Joseph E. Neuhaus<br>Laurent Wiesel<br>Michael J. Ushkow<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br><br>*Attorneys for Banco Central de la República Argentina* | By: _____<br>Karen E. Wagner<br>Jennifer G. Newstead<br>James L. Kerr<br>450 Lexington Avenue<br>New York, NY 10017<br>Telephone: (212) 450-4000<br><br>*Attorneys for Citibank, N.A.* |

FEDERAL RESERVE BANK OF
NEW YORK

By: /s/ *[signature]*
Thomas C. Baxter, Jr.
Michele Kalstein
33 Liberty Street
New York, NY 10045-0001
Telephone: (646) 720-5000

*Attorneys for the Federal Reserve Bank of New York*

1027886.5                         4

SO ORDERED this 19th day of August, 2011.

_____
Thomas P. Griesa, U.S.D.J.