UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                                   Plaintiffs,

               - against -

THE REPUBLIC OF ARGENTINA,

                                   Defendant.
------------------------------------------------------------x

No. 07 Civ. 2715 (TPG)

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                                   Plaintiffs,

               - against -

THE REPUBLIC OF ARGENTINA,

                                   Defendant.
------------------------------------------------------------x

No. 07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,

                                   Plaintiff,

               - against -

THE REPUBLIC OF ARGENTINA,

                                   Defendant.
------------------------------------------------------------x

No. 07 Civ. 2693 (TPG)

*(Captions continue on following pages)*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/1/11

## STIPULATION AND CONSENT ORDER

```
------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and          :
ACP MASTER, LTD.,                          :
                                           :    No. 09 Civ. 8757 (TPG)
                            Plaintiffs,    :
                                           :
            - against -                    :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                            Defendant.     :
------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and          :
ACP MASTER, LTD.,                          :
                                           :    No. 09 Civ. 10620 (TPG)
                            Plaintiffs,    :
                                           :
            - against -                    :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                            Defendant.     :
------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC        :
and AURELIUS CAPITAL MASTER, LTD.,         :
                                           :    No.  10 Civ. 1602 (TPG)
                            Plaintiffs,    :
                                           :
            - against -                    :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                            Defendant.     :
------------------------------------------------------x :
```

```
----------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC        :
and AURELIUS CAPITAL MASTER, LTD.,         :
                                           :   No. 10 Civ. 3507 (TPG)
                               Plaintiffs, :
                                           :
              - against -                  :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                               Defendant.  :
----------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and          :
AURELIUS OPPORTUNITIES FUND II, LLC,       :
                                           :   No. 10 Civ. 3970 (TPG)
                               Plaintiffs, :
                                           :
              - against -                  :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                               Defendant.  :
----------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                  :
                                           :   No. 10 Civ. 4101 (TPG)
                                Plaintiff, :
                                           :
              - against -                  :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
                               Defendant.  :
----------------------------------------------------------x :
```

```
--------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                      :
                                                              :
                                Plaintiff,                     :   No.  10 Civ. 4782 (TPG)
                                                              :
              - against -                                      :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                                Defendant.                     :
                                                              :
--------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                            :
AURELIUS OPPORTUNITIES FUND II, LLC,                          :
                                                              :   No.  10 Civ. 8339
                                Plaintiffs,                    :
                                                              :
              - against -                                      :
                                                              :
THE REPUBLIC OF ARGENTINA,                                    :
                                                              :
                                Defendant.                     :
--------------------------------------------------------------x :
```

WHEREAS on August 1, 2011, the Court issued an Order of Attachment

("Attachment Order") upon the application of Plaintiffs Aurelius Capital Master, Ltd.,

Aurelius Capital Partners, LP, ACP Master, Ltd., Aurelius Opportunities Fund II, LLC

and Blue Angel Capital I LLC (collectively "Plaintiffs"); and

WHEREAS on August 2, 2011, Plaintiffs served the Attachment Order on

the Federal Reserve Bank of New York (the "FRBNY"); and

WHEREAS on August 4, 2011, the Court held a conference regarding the

Attachment Order; and

WHEREAS on August 8, 2011, Plaintiffs filed a Motion to Confirm Order

of Attachment (the "Motion To Confirm"), returnable on August 29, 2011; and

WHEREAS on August 8, 2011, Plaintiffs filed a Motion for Expedited Discovery from the Republic of Argentina (the "Republic") and Banco Central de la República Argentina ("BCRA") (the "Discovery Motion"), returnable on August 18, 2011; and

WHEREAS on August 10, 2011, the FRBNY served a Garnishee's Statement in response to the Attachment Order stating, "The New York Fed does not hold property of the Republic, either now or on August 1, 2 and 3, 2011. Accordingly, the New York Fed does not have in its possession or custody any property specified in the Attachment Order"; and

WHEREAS on August 17, 2011, Plaintiffs, the Republic, BCRA, the FRBNY and Citibank entered into a stipulation to extend the response dates for the Motion to Confirm and the Discovery Motion; and

WHEREAS due to the effects of Hurricane Irene, counsel for non-party BCRA has requested and the other parties to this stipulation have agreed to postpone the deadlines previously agreed to and So Ordered by the Court by approximately one week;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1.      Any memoranda of law and other papers in opposition to the Discovery Motion and Motion to Confirm shall be filed and served on or before September 8, 2011; any reply thereto shall be filed and served on or before September 28, 2011; and oral argument with respect to the Discovery Motion and Motion to Confirm shall be heard on a date to be set by the Court that is on or after October 3, 2011.

2

2.      Nothing herein shall constitute a waiver of sovereign immunity nor

consent to personal or subject matter jurisdiction.

3.      This stipulation relates to scheduling only and is without prejudice

to the rights of all parties, which are expressly reserved.

Dated:  New York, New York
        August 31, 2011

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: _____
    Jonathan I. Blackman
    Carmine D. Boccuzzi Jr.
    Christopher P. Moore
One Liberty Plaza
New York, NY  10006
Telephone:  (212) 225-2000

*Attorneys for the Republic of Argentina*


SULLIVAN & CROMWELL LLP

By: _____
    Joseph E. Neuhaus
    Laurent Wiesel
    Michael J. Ushkow
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Banco Central de la
República Argentina*

FRIEDMAN KAPLAN SEILER
    & ADELMAN LLP

By: _____
    Edward A. Friedman
    Daniel B. Rapport
    Emily A. Stubbs
    Jeffrey C. Fourmaux
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100

*Attorneys for Plaintiffs*


DAVIS POLK & WARDWELL LLP

By: _____
    Karen E. Wagner
    Edmund Polubinski III
    James L. Kerr
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

*Attorneys for Citibank, N.A.*

3

2.     Nothing herein shall constitute a waiver of sovereign immunity nor consent to personal or subject matter jurisdiction.

3.     This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved.

Dated:  New York, New York
        August 31, 2011

CLEARY GOTTLIEB STEEN &
HAMILTON LLP

By: _____
    Jonathan I. Blackman
    Carmine D. Boccuzzi Jr.
    Christopher P. Moore
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000

*Attorneys for the Republic of Argentina*

FRIEDMAN KAPLAN SEILER
& ADELMAN LLP

By: _____
    Edward A. Friedman
    Daniel B. Rapport
    Emily A. Stubbs
    Jeffrey C. Fourmaux
7 Times Square
New York, NY 10036
Telephone: (212) 833-1100

*Attorneys for Plaintiffs*

SULLIVAN & CROMWELL LLP

By: _____
    Joseph E. Neuhaus
    Laurent Wiesel
    Michael J. Ushkow
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000

*Attorneys for Banco Central de la
República Argentina*

DAVIS POLK & WARDWELL LLP

By: _____
    Karen E. Wagner
    Edmund Polubinski III
    James L. Kerr
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

*Attorneys for Citibank, N.A.*

3

2.    Nothing herein shall constitute a waiver of sovereign immunity nor

consent to personal or subject matter jurisdiction.

3.    This stipulation relates to scheduling only and is without prejudice

to the rights of all parties, which are expressly reserved.

Dated:  New York, New York
        August 31, 2011

CLEARY GOTTLIEB STEEN &                    FRIEDMAN KAPLAN SEILER
HAMILTON LLP                                  & ADELMAN LLP

By: _____                 By: _____
    Jonathan I. Blackman                        Edward A. Friedman
    Carmine D. Boccuzzi Jr.                      Daniel B. Rapport
    Christopher P. Moore                         Emily A. Stubbs
One Liberty Plaza                               Jeffrey C. Fourmaux
New York, NY 10006                          7 Times Square
Telephone:  (212) 225-2000                  New York, NY 10036
                                            Telephone:  (212) 833-1100

*Attorneys for the Republic of Argentina*   *Attorneys for Plaintiffs*


SULLIVAN & CROMWELL LLP                     DAVIS POLK & WARDWELL LLP

By: _____                 By: _____
    Joseph E. Neuhaus                           Karen E. Wagner
    Laurent Wiesel                              Edmund Polubinski III
    Michael J. Ushkow                           James L. Kerr
125 Broad Street                            450 Lexington Avenue
New York, NY 10004                          New York, NY 10017
Telephone:  (212) 558-4000                  Telephone:  (212) 450-4000

*Attorneys for Banco Central de la*         *Attorneys for Citibank, N.A.*
*República Argentina*

3

FEDERAL RESERVE BANK OF
NEW YORK

By: _____

    Thomas C. Baxter, Jr.
    Michele Kalstein
33 Liberty Street
New York, NY 10045-0001
Telephone:  (646) 720-5000

*Attorneys for the Federal Reserve*
*Bank of New York*


SO ORDERED this ___ day of August, 2011. *1st day of September*

_____
    Thomas P. Griesa, U.S.D.J.

4