UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD.,

Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

Defendant.

07 Civ. 2715 (TPG)

AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD.,

Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

Defendant.

07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,

Plaintiff,

- against -

REPUBLIC OF ARGENTINA,

Defendant.

07 Civ. 2693 (TPG)

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 1602 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,<br><br>Plaintiffs,<br><br>- against -<br><br>THE REPUBLIC OF ARGENTINA,<br><br>Defendant. | 10 Civ. 3507 (TPG) |

---------------------------------------------------------------------------- X

AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,

Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

Defendant.

10 Civ. 3970 (TPG)

---------------------------------------------------------------------------- X

BLUE ANGEL CAPITAL I LLC,

Plaintiff,

- against -

REPUBLIC OF ARGENTINA,

Defendant.

10 Civ. 4101 (TPG)

---------------------------------------------------------------------------- X

BLUE ANGEL CAPITAL I LLC,

Plaintiff,

- against -

REPUBLIC OF ARGENTINA,

Defendant.

10 Civ. 4782 (TPG)

---------------------------------------------------------------------------- X

AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,

Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

Defendant.

10 Civ. 8339 (TPG)

---------------------------------------------------------------------------- X

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 8th day of September 2011, I caused service of the Notice of Motion to Vacate the August 1, 2011 Attachment Order and Vacate and Quash the August 9, 2011 Restraining and Omnibus Orders and Writ of Execution Concerning the Accounts of Banco Central De La Republica Argentina and Citibank at the Federal Reserve Bank of New York; the Declaration of Adrian E. Cosentino; the Declaration of Carmine D. Boccuzzi in Support of the Republic's Motion to Vacate the August 1, 2011 Attachment Order and Vacate and Quash the August 9, 2011 Restraining and Omnibus Orders and Writ of Execution Concerning the Accounts of Banco Central De La Republica Argentina and Citibank at the Federal Reserve Bank of New York and in Opposition to Plaintiffs' Motion to Confirm the Attachment Order and for Expedited Discovery with Exhibits A through K; the Declaration of Francisco Eggers; and the Memorandum of Law in Support of the Republic's Motion to Vacate the August 1, 2011 Attachment Order and Vacate and Quash the August 9, 2011 Restraining and Omnibus Orders and Writ of Execution Concerning the Accounts of Banco Central De La Republica Argentina and Citibank at the Federal Reserve Bank of New York and in Opposition to Plaintiffs' Motion to Confirm the Attachment Order and for Expedited Discovery to be made by electronically filing said documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: New York, New York
September 9, 2011

Brendan Cyr