# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC · PARIS · BRUSSELS
LONDON · FRANKFURT · COLOGNE · MOSCOW
ROME · MILAN · HONG KONG · BEIJING · BUENOS AIRES

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

**MEMO ENDORSED**

September 13, 2011

BY HAND

Honorable Thomas P. Griesa
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/11

Re: *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 07 Civ. 2715 (TPG) and related cases

Dear Judge Griesa:

We represent defendant the Republic of Argentina (the "Republic") in the above-captioned action and the actions listed in the attached Addendum A. The parties have agreed to extend the deadline for the Republic and BASF Corp. to file reply papers in further support of their respective Motions to Vacate the two *ex parte* Attachment Orders obtained by plaintiffs on May 16, 2011 from September 14, 2011 to September 16, 2011.

Pursuant to Rule 1.E of the Court's individual practices, the Republic represents that this is the third request for extension of the briefing schedule (the first being the original setting of the schedule between the parties after the May 20, 2011 hearing on the matter). The first two requests for extension of the briefing schedule were granted.

*Approved; Thomas P. Griesa USDJ 9/13/11*

CLEARY GOTTLIEB STEEN & HAMILTON LLP OR AN AFFILIATED ENTITY HAS AN OFFICE IN EACH OF THE CITIES LISTED ABOVE

Honorable Thomas P. Griesa, p. 2

       If this proposed schedule is acceptable to the Court, we respectfully request that the Court So Order this letter and enter it on the dockets of the cases listed in Addendum A.

Respectfully,

Carmine D. Boccuzzi

cc:    Barry Ostrager
       (bostrager@stblaw.com)

       Tyler Robinson
       (trobinson@stblaw.com)

       Kim Hamm
       (khamm@stblaw.com)

       S. Alyssa Young
       (ayoung@leaderberkon.com)

SO ORDERED: _____

## Addendum A

1. *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 07 Civ. 2715 (TPG);

2. *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 07 Civ. 11327 (TPG);

3. *Blue Angel Capital I LLC v. Republic of Argentina*, 07 Civ. 2693 (TPG);

4. *Aurelius Capital Master, Ltd. and ACP Master, Ltd. v. Republic of Argentina*, 09 Civ. 8757 (TPG);

5. *Aurelius Capital Master, Ltd. and ACP Master, Ltd. v. Republic of Argentina*, 09 Civ. 10620 (TPG);

6. *Aurelius Opportunities Fund II, LLC and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 10 Civ. 1602 (TPG);

7. *Aurelius Opportunities Fund II, LLC and Aurelius Capital Master, Ltd. v. Republic of Argentina*, 10 Civ. 3507 (TPG);

8. *Aurelius Capital Master, Ltd. and Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, 10 Civ. 3970 (TPG);

9. *Blue Angel Capital I LLC v. Republic of Argentina*, 10 Civ. 4101 (TPG);

10. *Blue Angel Capital I LLC v. Republic of Argentina*, 10 Civ. 4782 (TPG);

11. *Aurelius Capital Master, Ltd. and Aurelius Opportunities Fund II, LLC v. Republic of Argentina*, 10 Civ. 8339 (TPG).