AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,
)
*Plaintiff*
)
v. ) Case No.   07 Civ. 2715 (TPG)
THE REPUBLIC OF ARGENTINA, )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citibank, N.A.

Date: 09/14/2011

*Attorney's signature*

Edmund Polubinski III, EP8543
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Address*

edmund.polubinski@davispolk.com
*E-mail address*

(212) 450-4695
*Telephone number*

(212) 701-5695
*FAX number*