AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br> *Plaintiff* <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> *Defendant* | ) <br> ) <br> ) Case No. 07 Civ. 2715 (TPG) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citibank, N.A.

Date: 09/14/2011

*Attorney's Signature*

Benedict J. Schweigert, BS4905
*Printed name and bar number*

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

*Address*

benedict.schweigert@davispolk.com
*E-mail address*

(212) 450-4905
*Telephone number*

(212) 701-5905
*FAX number*