AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

### for the

Southern District of New York

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | ) |
| _Plaintiff_ | ) |
| v. | )     Case No.    07 Civ. 2715 (TPG) |
| THE REPUBLIC OF ARGENTINA, | ) |
| _Defendant_ | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Citibank, N.A.

Date:     09/14/2011

_Attorney's signature_

Lindsey T. Knapp, LK1165
_Printed name and bar number_

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

_Address_

lindsey.knapp@davispolk.com
_E-mail address_

(212) 450-4726
_Telephone number_

(212) 701-5726
_FAX number_