UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

                - against -

REPUBLIC OF ARGENTINA,

                Defendant.

07 Civ. 2715 (TPG)

------------------------------------------------------------------------ X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

                - against -

REPUBLIC OF ARGENTINA,

                Defendant.

07 Civ. 11327 (TPG)

------------------------------------------------------------------------ X
BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

              - against -

REPUBLIC OF ARGENTINA,
                Defendant.

07 Civ. 2693 (TPG)

------------------------------------------------------------------------ X

**SECOND DECLARATION OF CLAUDIO SOLARI**

```
------------------------------------------------------------------ X
AURELIUS CAPITAL MASTER, LTD. and ACP         :
MASTER, LTD.,                                 :
                                              :   09 Civ. 8757 (TPG)
                Plaintiffs,                   :
                                              :
        - against -                           :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------------ X
AURELIUS CAPITAL MASTER, LTD. and ACP         :
MASTER, LTD.,                                 :
                                              :   09 Civ. 10620 (TPG)
                Plaintiffs,                   :
                                              :
        - against -                           :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------------ X
AURELIUS OPPORTUNITIES FUND II, LLC and       :
AURELIUS CAPITAL MASTER, LTD.,                :
                                              :   10 Civ. 1602 (TPG)
                Plaintiffs,                   :
                                              :
        - against -                           :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------------ X
AURELIUS OPPORTUNITIES FUND II, LLC and       :
AURELIUS CAPITAL MASTER, LTD.,                :
                                              :   10 Civ. 3507 (TPG)
                Plaintiffs,                   :
                                              :
        - against -                           :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                Defendant.                    :
------------------------------------------------------------------ X
```

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, <br><br>                    Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br>                    Defendant. | 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br><br>                    Plaintiff, <br><br> - against - <br><br> REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 4101 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br><br>                    Plaintiff, <br><br> - against - <br><br> REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 4782 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, <br><br>                    Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br>                    Defendant. | 10 Civ. 8339 (TPG) |

Pursuant to 28 U.S.C. § 1745, Claudio Solari declares as follows:

1. I am the head of the Legal Department at Comisión Nacional de Energía Atómica ("CNEA"), which is responsible for research and development related to nuclear energy and its applications in Argentina. I have been working at CNEA since 1978 and I have served as the head of CNEA's Legal Department since 2009. I am fully familiar with the facts set forth in this Declaration.

2. I submit this Declaration to amend and provide additional information with respect to my declaration dated June 30, 2011 (the "June 30 Declaration").

3. In the June 30 Declaration I stated that "CNEA holds only one patent in the United States, and currently has 3 patent applications pending in the United States Patent and Trademark Office ["USPTO"], one of which has not yet been published" (June 30 Declaration, ¶ 7). After I made this statement, I was informed that on June 22, 2011 CNEA's patent attorneys in the United States filed a new patent application before the USPTO. I had no personal knowledge of this fact when I signed the June 30 Declaration.

4. Therefore, as of the day of this declaration, I am aware that CNEA currently has four patent applications pending in the USPTO, two of which have not yet been published (the "CNEA Patent Applications"). CNEA has not entered into any license agreements in connection with the CNEA Patent Applications. The CNEA Patent Applications have not been commercialized in the United States. CNEA does not receive any royalties or other form of revenue from the CNEA Patent Applications.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2011, in Buenos Aires, Argentina.

                                                                                 /s/
                                                 Claudio Solari

AFFIDAVIT OF TRANSLATOR
REGARDING ACCURACY OF TRANSLATION

STATE OF NEW YORK )
:ss.:
COUNTY OF NEW YORK )

EZEQUIEL SANCHEZ HERRERA, being duly sworn, deposes and says:

I am a lawyer employed by Cleary Gottlieb Steen & Hamilton LLP presently residing and working within the State of New York and declare:

I am proficient with the Spanish language and the English language, have had prior experience in translating documents in those languages, have translated the foregoing document (Second Declaration of Claudio Solari dated July 21, 2011) from Spanish into English and believe that the translation is complete and accurate.

_____
Ezequiel Sánchez Herrera

Sworn to before me this
22th day of July, 2011

_____
Notary Public

ELLEN M. KRIEGER
Notary Public, State of New York
No. 01KR4953304
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires July 10, 2015

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :
                                         :   07 Civ. 2715 (TPG)
                   Plaintiffs,           :
                                         :
        - against -                      :
                                         :
REPUBLIC OF ARGENTINA,                   :
                                         :
                   Defendant.            :
------------------------------------------------------------------ X
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :
                                         :   07 Civ. 11327 (TPG)
                   Plaintiffs,           :
                                         :
        - against -                      :
                                         :
REPUBLIC OF ARGENTINA,                   :
                                         :
                   Defendant.            :
------------------------------------------------------------------ X
BLUE ANGEL CAPITAL I LLC,                :
                                         :   07 Civ. 2693 (TPG)
                   Plaintiff,            :
                                         :
        - against -                      :
                                         :
REPUBLIC OF ARGENTINA,                   :
                   Defendant.            :
------------------------------------------------------------------ X
```

**SEGUNDA DECLARACIÓN DE CLAUDIO SOLARI**

```
------------------------------------------------------------------------- X
                                                                          :
AURELIUS CAPITAL MASTER, LTD. and ACP                                     :
MASTER, LTD.,                                                             :   09 Civ. 8757 (TPG)
                                                                          :
                    Plaintiffs,                                           :
                                                                          :
              - against -                                                 :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------- X
                                                                          :
AURELIUS CAPITAL MASTER, LTD. and ACP                                     :
MASTER, LTD.,                                                             :   09 Civ. 10620 (TPG)
                                                                          :
                    Plaintiffs,                                           :
                                                                          :
              - against -                                                 :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------- X
                                                                          :
AURELIUS OPPORTUNITIES FUND II, LLC and                                   :
AURELIUS CAPITAL MASTER, LTD.,                                            :   10 Civ. 1602 (TPG)
                                                                          :
                    Plaintiffs,                                           :
                                                                          :
              - against -                                                 :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------- X
                                                                          :
AURELIUS OPPORTUNITIES FUND II, LLC and                                   :
AURELIUS CAPITAL MASTER, LTD.,                                            :   10 Civ. 3507 (TPG)
                                                                          :
                    Plaintiffs,                                           :
                                                                          :
              - against -                                                 :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                    Defendant.                                            :
------------------------------------------------------------------------- X
```

------------------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS                                :
OPPORTUNITIES FUND II, LLC,                                               :     10 Civ. 3970 (TPG)
                                                                          :
                 Plaintiffs,                                :
                                                                          :
                 - against -                               :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                 Defendant.                                 :
------------------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                                                 :
                                                                          :
                 Plaintiff,                                 :     10 Civ. 4101 (TPG)
                                                                          :
                 - against -                               :
                                                                          :
REPUBLIC OF ARGENTINA,                                                    :
                 Defendant.                                 :
------------------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                                                 :
                                                                          :
                 Plaintiff,                                 :     10 Civ. 4782 (TPG)
                                                                          :
                 - against -                               :
                                                                          :
REPUBLIC OF ARGENTINA,                                                    :
                 Defendant.                                 :
------------------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS                                :
OPPORTUNITIES FUND II, LLC,                                               :     10 Civ. 8339 (TPG)
                                                                          :
                 Plaintiffs,                                :
                                                                          :
                 - against -                               :
                                                                          :
THE REPUBLIC OF ARGENTINA,                                                :
                                                                          :
                 Defendant.                                 :
------------------------------------------------------------------------- X

De acuerdo con 28 U.S.C. § 1745, Claudio Solari declara lo siguiente:

1. Soy el Gerente de Asuntos Legales de la Comisión Nacional de Energía Atómica ("CNEA"), la que tiene por objeto realizar investigación y desarrollo en el campo de energía atómica y su aplicación en Argentina.  Me encuentro trabajando en CNEA desde el año 1978 y me vengo desempeñando como Gerente de Asuntos Legales desde el año 2009.  Me encuentro plenamente familiarizado con los hechos que describo en esta Declaración.

2. Presento esta Declaración para enmendar y suministrar información adicional respecto de mi declaración de fecha 30 de Junio de 2011 (la "Declaración del 30 de Junio").

3. En la Declaración del 30 de Junio yo afirmé que la "CNEA es titular de una sola patente en los Estados Unidos, y actualmente tiene 3 solicitudes pendientes ante la United States Patent and Trademark Office ["USPTO"], una de las cuales aun no ha sido publicada" (Declaración del 30 de Junio, ¶7).  Con posterioridad de haber hecho esta afirmación, fui informado que el 22 de junio de 2011 los abogados de patente de la CNEA en los Estados Unidos presentaron una nueva solicitud de patente ante el USPTO.  Yo no tenía conocimiento personal de este hecho cuando firmé la Declaración del 30 de Junio.

4. En consecuencia, a la fecha de la presente declaración, tengo conocimiento que la CNEA actualmente tiene 4 solicitudes pendientes ante la USPTO, dos de las cuales aun no han sido publicadas (las "Solicitudes de Patentes de la CNEA").  La CNEA no ha suscripto ningún contrato de licencia respecto de las Solicitudes de Patentes de la CNEA.  Las Solicitudes de Patentes de la CNEA no han sido comercializadas en los Estados Unidos.  La CNEA no recibe ningún tipo de regalías u otra forma de ingreso en virtud de las Solicitudes de Patentes de la CNEA.

Declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que lo arriba manifestado es verdadero y correcto

Firmado el 21 de julio de 2011 en la ciudad de Buenos Aires, Argentina

_____
Claudio Solari