UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

               - against -

REPUBLIC OF ARGENTINA,

                Defendant.

07 Civ. 2715 (TPG)

-------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

             - against -

REPUBLIC OF ARGENTINA,

                Defendant.

07 Civ. 11327 (TPG)

-------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

             - against -

REPUBLIC OF ARGENTINA,
                Defendant.

07 Civ. 2693 (TPG)

-------------------------------------------------------------- X

## CERTIFICATE OF SERVICE

```
-------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :
                                             :   09 Civ. 8757 (TPG)
                Plaintiffs,                  :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
-------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP        :
MASTER, LTD.,                                :
                                             :   09 Civ. 10620 (TPG)
                Plaintiffs,                  :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
-------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and      :
AURELIUS CAPITAL MASTER, LTD.,               :
                                             :   10 Civ. 1602 (TPG)
                Plaintiffs,                  :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
-------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and      :
AURELIUS CAPITAL MASTER, LTD.,               :
                                             :   10 Civ. 3507 (TPG)
                Plaintiffs,                  :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                Defendant.                   :
-------------------------------------------------------------X
```

```
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS      :
OPPORTUNITIES FUND II, LLC,                     :
                                                :    10 Civ. 3970 (TPG)
                Plaintiffs,                     :
                                                :
        - against -                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                Defendant.                      :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                Plaintiff,                      :    10 Civ. 4101 (TPG)
                                                :
        - against -                             :
                                                :
REPUBLIC OF ARGENTINA,                          :
                Defendant.                      :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                Plaintiff,                      :    10 Civ. 4782 (TPG)
                                                :
        - against -                             :
                                                :
REPUBLIC OF ARGENTINA,                          :
                Defendant.                      :
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS      :
OPPORTUNITIES FUND II, LLC,                     :
                                                :    10 Civ. 8339 (TPG)
                Plaintiffs,                     :
                                                :
        - against -                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                Defendant.                      :
------------------------------------------------------------X
```

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 16th day of September 2011, I caused service of the Declaration of Carmine D. Boccuzzi in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning United States Patents and Patent Applications with Exhibits A through E; the Reply Memorandum of Law in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning the Instituto Nacional De Technologia Agropecuaria's Rice Gene Technology; the Reply Memorandum of Law in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning United States Patents and Patent Applications; and the Second Declaration of Claudio Solari to be made by electronically filing said documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated: New York, New York
September 19, 2011

_____
Richard V. Conza