UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,   :   07 Civ. 2715 (TPG)

    Plaintiffs,

    - against -

REPUBLIC OF ARGENTINA,

    Defendant.
------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,   :   07 Civ. 11327 (TPG)

    Plaintiffs,

    - against -

REPUBLIC OF ARGENTINA,

    Defendant.
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,   :   07 Civ. 2693 (TPG)

    Plaintiff,

    - against -

REPUBLIC OF ARGENTINA,
    Defendant.
------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

```
------------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP              :
MASTER, LTD.,                                      :
                                                   :      09 Civ. 8757 (TPG)
                       Plaintiffs,                 :
                                                   :
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                       Defendant.                  :
------------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP              :
MASTER, LTD.,                                      :
                                                   :      09 Civ. 10620 (TPG)
                       Plaintiffs,                 :
                                                   :
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                       Defendant.                  :
------------------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and            :
AURELIUS CAPITAL MASTER, LTD.,                     :
                                                   :      10 Civ. 1602 (TPG)
                       Plaintiffs,                 :
                                                   :
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                       Defendant.                  :
------------------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and            :
AURELIUS CAPITAL MASTER, LTD.,                     :
                                                   :      10 Civ. 3507 (TPG)
                       Plaintiffs,                 :
                                                   :
               - against -                         :
                                                   :
THE REPUBLIC OF ARGENTINA,                         :
                                                   :
                       Defendant.                  :
------------------------------------------------------------------- X
```

```
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS     :
OPPORTUNITIES FUND II, LLC,                    :
                                               :   10 Civ. 3970 (TPG)
                        Plaintiffs,            :
                                               :
        - against -                            :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                        Defendant.             :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                      :
                                               :
                        Plaintiff,             :   10 Civ. 4101 (TPG)
                                               :
        - against -                            :
                                               :
REPUBLIC OF ARGENTINA,                         :
                        Defendant.             :
------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                      :
                                               :
                        Plaintiff,             :   10 Civ. 4782 (TPG)
                                               :
        - against -                            :
                                               :
REPUBLIC OF ARGENTINA,                         :
                        Defendant.             :
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS     :
OPPORTUNITIES FUND II, LLC,                    :
                                               :   10 Civ. 8339 (TPG)
                        Plaintiffs,            :
                                               :
        - against -                            :
                                               :
THE REPUBLIC OF ARGENTINA,                     :
                                               :
                        Defendant.             :
------------------------------------------------------------X
```

I, Richard V. Conza, an attorney admitted to practice in the State of New York and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 16th day of September 2011, I caused service of the Declaration of Carmine D. Boccuzzi in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning United States Patents and Patent Applications with Exhibits A through E; the Reply Memorandum of Law in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning the Instituto Nacional De Technologia Agropecuaria's Rice Gene Technology; the Reply Memorandum of Law in Support of the Motion to Vacate the Ex Parte Attachment Order Concerning United States Patents and Patent Applications; and the Second Declaration of Claudio Solari to be made by electronically filing said documents with the Clerk of the Court using the CM/ECF System, which sent a Notice of Electronic Filing to all parties with an e-mail address of record who have appeared and consent to electronic service in this action.

Dated:   New York, New York
         September 19, 2011

_____
Richard V. Conza