UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

**AFFIDAVIT OF SERVICE**

No. 07 Civ. 2715 (TPG)
No. 07 Civ. 11327 (TPG)

------------------------------ x
BLUE ANGEL CAPITAL I LLC,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 07 Civ. 2693 (TPG)
No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

------------------------------ x
AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

------------------------------ x
AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)

------------------------------ x
AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,

No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

STATE OF NEW YORK    )
                          : ss
COUNTY OF NEW YORK  )

Nelson Vargas, being duly sworn, deposes and says:

I am over the age of 18 years, am not a party to this action and am employed by Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 and that on September 8, 2011, I served the foregoing Notice of Citibank's Motion to Vacate Attachment Order, Citibank's Memorandum of Law in Support of Its Motion to Vacate and in Opposition to Plaintiffs' Motion to Confirm the Order of Attachment, Declaration of James L. Kerr in Support of Citibank's Motion to Vacate and in Opposition to Plaintiff's Motion to Confirm the Order of Attachment, Declaration of Hugo N. L. Bruzone in Support of Citibank's Motion to Vacate and in Opposition to Plaintiffs' Motion to Confirm the Order of Attachment, Declaration of Frederico Elewaut in Support of Citibank's Motion to Vacate and in Opposition to Plaintiffs' Motion to Confirm the Order of Attachment with Exhibits A1-F, upon Edward A. Friedman and Charles Platto, by delivering true copies of same by hand to:

Edward A. Friedman
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036

Charles Platto
Law Offices of Charles Platto
1020 Park Avenue, Suite 6B
New York, NY 10028

_____
Nelson Vargas

Sworn to before me this
8th day of September, 2011.

_____
Notary Public

LJILJANA VUCETOVIC
NOTARY PUBLIC, State of New York
No. 01VU6124664
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 28, 2013

2