CONTAINS CONFIDENTIAL MATERIAL
TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | No. 07 Civ. 2715 (TPG) |

-----------------------------------------------------------------x

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br><br> Plaintiffs, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | No. 07 Civ. 11327 (TPG) |

-----------------------------------------------------------------x

| | |
|---|---|
| BLUE ANGEL CAPITAL I LLC, <br><br> Plaintiff, <br><br> - against - <br><br> THE REPUBLIC OF ARGENTINA, <br><br> Defendant. | No. 07 Civ. 2693 (TPG) |

-----------------------------------------------------------------x   (*Captions continue on following pages*)

**DECLARATION OF DANIEL B. RAPPORT IN SUPPORT
OF PLAINTIFFS' REPLY MEMORANDUM OF LAW IN
FURTHER SUPPORT OF THEIR MOTIONS TO CONFIRM THE
ATTACHMENT ORDER AND FOR EXPEDITED DISCOVERY
AND IN OPPOSITION TO THE MOTIONS TO VACATE THE
ATTACHMENT ORDER**

1038765.1

```
------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and            :
ACP MASTER, LTD.,                            :
                                             :
                                             :  No.  09 Civ. 8757 (TPG)
                        Plaintiffs,          :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                        Defendant.           :
------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and            :
ACP MASTER, LTD.,                            :
                                             :
                                             :  No.  09 Civ. 10620 (TPG)
                        Plaintiffs,          :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                        Defendant.           :
------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC          :
and AURELIUS CAPITAL MASTER, LTD.,           :
                                             :
                                             :  No.  10 Civ. 1602 (TPG)
                        Plaintiffs,          :
                                             :
        - against -                          :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                        Defendant.           :
------------------------------------------------------------x :
```

1038765.1

```
-----------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                              :
and AURELIUS CAPITAL MASTER, LTD.,                               :
                                                                 :  No.  10 Civ. 3507 (TPG)
                                Plaintiffs,                      :
                                                                 :
          - against -                                            :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                                :
AURELIUS OPPORTUNITIES FUND II, LLC,                             :
                                                                 :  No.  10 Civ. 3970 (TPG)
                                Plaintiffs,                      :
                                                                 :
          - against -                                            :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                        :
                                                                 :
                                Plaintiff,                       :  No.  10 Civ. 4101 (TPG)
                                                                 :
          - against -                                            :
                                                                 :
THE REPUBLIC OF ARGENTINA,                                       :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------x :
```

1038765.1

```
-----------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                         :
                                                                  :
                                        Plaintiff,                :    No. 10 Civ. 4782 (TPG)
                                                                  :
                -  against -                                      :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                                        Defendant.                :
                                                                  :
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                                :
AURELIUS OPPORTUNITIES FUND II, LLC,                              :
                                                                  :    No. 10 Civ. 8339
                                        Plaintiffs,               :
                                                                  :
                -  against -                                      :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                                        Defendant.                :
-----------------------------------------------------------------x :
```

1038765.1

DANIEL B. RAPPORT, an attorney admitted to practice in the courts of the State of New York and this District, declares pursuant to 28 U.S.C. § 1746 the following:

1. I am a partner of Friedman Kaplan Seiler & Adelman LLP, attorneys for plaintiffs Aurelius Capital Master, Ltd., Aurelius Capital Partners, LP, ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively "Plaintiffs").

2. I submit this declaration to place before the Court certain exhibits referred to in the accompanying memorandum of law in support of the motions.

3. Attached hereto as Exhibit A is an order entered in *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y.) on May 29, 2009 in connection with a motion to compel.

4. Attached hereto as Exhibit B is an order entered in *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y.) on May 29, 2009 in connection with a motion seeking contempt sanctions.

5. Attached hereto as Exhibit C is the transcript of proceedings in *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y.) on August 4, 2011. This document is filed under seal.

   6. Attached hereto as Exhibit D is the transcript of proceedings in *EM Ltd. v. The Republic of Argentina*, No. 03 Civ. 2507 (TPG) (S.D.N.Y.) on August 30, 2011.  This document is filed under seal.

   7. Attached hereto as Exhibit E is the Society for Worldwide Interbank Financial Telecommunication ("SWIFT") Online Directory and Download for "CITIUS33."

   8. Attached hereto as Exhibit F is the SWIFT Online Directory and Download for "CITIARBA."

   9. Attached hereto as Exhibit G is a copy of the Citi Trade Service and Finance Trade Network.

   I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2011.

              */s/ Daniel B. Rapport*
              Daniel B. Rapport