UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 07 Civ. 2715 (TPG)
No. 07 Civ. 11327 (TPG)

------------------------------------- x

BLUE ANGEL CAPITAL I LLC,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 07 Civ. 2693 (TPG)
No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

------------------------------------- x

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)

------------------------------------- x

AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,

        Plaintiffs,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

------------------------------------- x

CERTIFICATE OF SERVICE

I, Benedict J. Schweigert, an attorney admitted to practice in this District, hereby certify that on September 8, 2011, I caused a true copy of the foregoing Notice of Citibank's Motion to Vacate Attachment Order, Citibank's Memorandum of Law in Support of Its Motion to Vacate and in Opposition to Plaintiffs' Motion to Confirm the Order of Attachment, Declaration of James L. Kerr in Support of Citibank's Motion to Vacate and Opposition to Plaintiffs Motion to Confirm the Order of Attachment with Exhibit A, Declaration of Hugo N. L. Bruzone in Support of Citibank's Motion to Vacate and Opposition to Plaintiffs' Motion to Confirm the Order of Attachment, and Declaration of Frederico Elewaut in Support of Citibank's Motion to Vacate and Opposition to Plaintiffs' Motion to Confirm the Order of Attachment with Exhibits A1 -F to be served by hand upon the following counsel at the addresses stated:

Edward A. Friedman
FRIEDMAN KAPLAN SEILER & ADELMAN LLP
7 Times Square
New York, New York 10036

Dated:   New York, New York
         September 30, 2011

_____
Benedict J. Schweigert