```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :
                                         :   07 Civ. 2715 (TPG)
                                         :
                Plaintiffs,              :
                                         :
        - against -                      :
                                         :
REPUBLIC OF ARGENTINA,                   :
                                         :
                Defendant.               :
                                         :
-------------------------------------------------------------- X
AURELIUS CAPITAL PARTNERS, LP            :
and AURELIUS CAPITAL MASTER, LTD.,       :
                                         :   07 Civ. 11327 (TPG)
                                         :
                Plaintiffs,              :
                                         :
        - against -                      :
                                         :
REPUBLIC OF ARGENTINA,                   :
                                         :
                Defendant.               :
                                         :
-------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                :
                                         :
                                         :   07 Civ. 2693 (TPG)
                Plaintiff,               :
                                         :
        - against -                      :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
                Defendant.               :
-------------------------------------------------------------- X
```

(*captions continue on following pages*)

**NOTICE OF MOTION FOR A PROTECTIVE ORDER
AND TO QUASH EIGHTEEN SUBPOENAS SERVED ON NON-PARTY BANKS**

```
-------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP    :
MASTER, LTD.,                            :    09 Civ. 8757 (TPG)
                                         :
              Plaintiffs,                :
                                         :
       - against -                       :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
              Defendant.                 :
-------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and ACP    :
MASTER, LTD.,                            :    09 Civ. 10620 (TPG)
                                         :
              Plaintiffs,                :
                                         :
       - against -                       :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
              Defendant.                 :
-------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and  :
AURELIUS CAPITAL MASTER, LTD.,           :    10 Civ. 1602 (TPG)
                                         :
              Plaintiffs,                :
                                         :
       - against -                       :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
              Defendant.                 :
-------------------------------------------------------- X
AURELIUS OPPORTUNITIES FUND II, LLC and  :
AURELIUS CAPITAL MASTER, LTD.,           :    10 Civ. 3507 (TPG)
                                         :
              Plaintiffs,                :
                                         :
       - against -                       :
                                         :
THE REPUBLIC OF ARGENTINA,               :
                                         :
              Defendant.                 :
-------------------------------------------------------- X
```

```
------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS      :
OPPORTUNITIES FUND II, LLC,                     :    10 Civ. 3970 (TPG)
                                                :
                Plaintiffs,                     :
                                                :
        - against -                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                Defendant.                      :
------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                Plaintiff,                      :    10 Civ. 4101 (TPG)
                                                :
        - against -                             :
                                                :
REPUBLIC OF ARGENTINA,                          :
                Defendant.                      :
------------------------------------------------------------- X
BLUE ANGEL CAPITAL I LLC,                       :
                                                :
                Plaintiff,                      :    10 Civ. 4782 (TPG)
                                                :
        - against -                             :
                                                :
REPUBLIC OF ARGENTINA,                          :
                Defendant.                      :
------------------------------------------------------------- X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS      :
OPPORTUNITIES FUND II, LLC,                     :    10 Civ. 8339 (TPG)
                                                :
                Plaintiffs,                     :
                                                :
        - against -                             :
                                                :
THE REPUBLIC OF ARGENTINA,                      :
                                                :
                Defendant.                      :
------------------------------------------------------------- X
```

PLEASE TAKE NOTICE that upon the declaration of Sara A. Sanchez dated May 22, 2012, all attached exhibits, and the accompanying Memorandum of Law, defendant the Republic of Argentina will move this Court, at a date and time to be determined by this Court, pursuant to Federal Rules of Civil Procedure 26(c) and 45, for a protective order and an order quashing the eighteen subpoenas dated December 13, 2011 and January 12, 2012 and served by plaintiffs on non-parties Banco de la Nación Argentina, Barclays Bank PLC, Barclays Capital, Inc., Banc of America Securities LLC, Bank of America Corp., Bank of America, N.A., Citibank, N.A., Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc., Citigroup Inc., Deutsche Bank AG, Deutsche Bank Americas Holding Corp., Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, Merrill Lynch & Co., Inc., Merrill Lynch, Pierce, Fenner & Smith Inc. and Taunus Corp., and for such other relief as this Court deems just and proper.

Dated: New York, New York
       May 22, 2012

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:_____
   Jonathan I. Blackman (jblackman@cgsh.com)
   Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina


TO:

Emily A. Stubbs (estubbs@fklaw.com)
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, New York 10036

Attorneys for Plaintiffs

2