UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

        Defendant.

07 Civ. 2715 (TPG)

------------------------------------------------------------------ X

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

- against -

REPUBLIC OF ARGENTINA,

        Defendant.

07 Civ. 11327 (TPG)

------------------------------------------------------------------ X

BLUE ANGEL CAPITAL I LLC,

        Plaintiff,

- against -

THE REPUBLIC OF ARGENTINA,

        Defendant.

07 Civ. 2693 (TPG)

------------------------------------------------------------------ X

(*captions continue on following pages*)

**DECLARATION OF SARA A. SANCHEZ**

```
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP      :
MASTER, LTD.,                              :    09 Civ. 8757 (TPG)
                                           :
              Plaintiffs,                  :
                                           :
          - against -                      :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
              Defendant.                   :
------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP      :
MASTER, LTD.,                              :    09 Civ. 10620 (TPG)
                                           :
              Plaintiffs,                  :
                                           :
          - against -                      :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
              Defendant.                   :
------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and    :
AURELIUS CAPITAL MASTER, LTD.,             :    10 Civ. 1602 (TPG)
                                           :
              Plaintiffs,                  :
                                           :
          - against -                      :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
              Defendant.                   :
------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and    :
AURELIUS CAPITAL MASTER, LTD.,             :    10 Civ. 3507 (TPG)
                                           :
              Plaintiffs,                  :
                                           :
          - against -                      :
                                           :
THE REPUBLIC OF ARGENTINA,                 :
                                           :
              Defendant.                   :
------------------------------------------------------------X
```

```
------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS       :
OPPORTUNITIES FUND II, LLC,                      :    10 Civ. 3970 (TPG)
                                                 :
                   Plaintiffs,                   :
                                                 :
               - against -                       :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                   Defendant.                    :
------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                   Plaintiff,                    :    10 Civ. 4101 (TPG)
                                                 :
               - against -                       :
                                                 :
REPUBLIC OF ARGENTINA,                           :
                   Defendant.                    :
------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                   Plaintiff,                    :    10 Civ. 4782 (TPG)
                                                 :
               - against -                       :
                                                 :
REPUBLIC OF ARGENTINA,                           :
                   Defendant.                    :
------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and AURELIUS       :
OPPORTUNITIES FUND II, LLC,                      :    10 Civ. 8339 (TPG)
                                                 :
                   Plaintiffs,                   :
                                                 :
               - against -                       :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                   Defendant.                    :
------------------------------------------------------------------X
```

## DECLARATION OF SARA A. SANCHEZ

Pursuant to 28 U.S.C. § 1746, Sara A. Sanchez declares as follows:

1. I am an attorney admitted to practice before this Court and an associate at Cleary Gottlieb Steen & Hamilton LLP, counsel for defendant the Republic of Argentina (the "Republic") in these matters. I submit this declaration on behalf of the Republic in support of its Motion for a Protective Order and to Quash Eighteen Subpoenas Served on Non-Party Banks.

2. Attached to this declaration as Exhibits A-Z are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Plaintiffs' Requests for Production to Defendant, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| B | Subpoena served on Banco de la Nación Argentina, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| C | Subpoena served on Barclays Bank PLC, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| D | Subpoena served on Barclays Capital, Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| E | Subpoena served on Banc of America Securities LLC, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |
| F | Subpoena served on Bank of America Corp., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |
| G | Subpoena served on Bank of America, N.A., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |
| H | Subpoena served on Citibank, N.A., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |

| Ex. | Document |
|---|---|
| I | Subpoena served on Citicorp North America Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| J | Subpoena served on Citicorp USA Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| K | Subpoena served on Citigroup Global Markets Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| L | Subpoena served on Citigroup Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| M | Subpoena served on Deutsche Bank AG, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| N | Subpoena served on Deutsche Bank Americas Holding Corp., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| O | Subpoena served on Deutsche Bank Securities Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| P | Subpoena served on Deutsche Bank Trust Company Americas, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| Q | Subpoena served on Merrill Lynch & Co., Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |
| R | Subpoena served on Merrill Lynch, Pierce, Fenner & Smith Inc., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |
| S | Subpoena served on Taunus Corp., *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Dec. 13, 2011); |
| T | Republic of Argentina's Responses and Objections to Plaintiffs' Document Requests, *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) (S.D.N.Y. Jan. 12, 2012); |

| Ex. | Document |
|---|---|
| U | Letter of E. Stubbs to C. Boccuzzi (Feb. 2, 2012); |
| V | Letter of C. Boccuzzi to E. Stubbs (Feb. 17, 2012); |
| W | Subpoena served on Bank of America, N.A., *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Mar. 10, 2010); |
| X | Order, *NML Capital, Ltd. v. Republic of Argentina*, No. 03 Civ. 8845 (TPG) (S.D.N.Y. Sept. 2, 2011); |
| Y | Order, *Seijas v. Republic of Argentina*, No. 04 Civ. 400 (TPG) (S.D.N.Y. Aug. 19, 2009); |
| Z | Hr'g Tr., *Lightwater v. Republic of Argentina*, No. 02 Civ. 3805 (TPG) (S.D.N.Y. Apr. 1, 2009). |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2012, in New York, New York.

SARA A. SANCHEZ