UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

       Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

       Defendant.
------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

       Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

       Defendant.
------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC,

       Plaintiff,

   - against -

THE REPUBLIC OF ARGENTINA,

       Defendant.
------------------------------------------------------------x

No. 07 Civ. 2715 (TPG)

No. 07 Civ. 11327 (TPG)

No. 07 Civ. 2693 (TPG)

*(Captions continue on following pages)*

## STIPULATION AND CONSENT ORDER

2702450.2

```
-----------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and            :
ACP MASTER, LTD.,                            :
                                             :    No. 09 Civ. 8757 (TPG)
                          Plaintiffs,        :
                                             :
              - against -                    :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
-----------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and            :
ACP MASTER, LTD.,                            :
                                             :
                                             :    No. 09 Civ. 10620 (TPG)
                          Plaintiffs,        :
                                             :
              - against -                    :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
-----------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC          :
and AURELIUS CAPITAL MASTER, LTD.,           :
                                             :    No. 10 Civ. 1602 (TPG)
                          Plaintiffs,        :
                                             :
              - against -                    :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                          Defendant.         :
-----------------------------------------------------------x :
```

```
-----------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC          :
and AURELIUS CAPITAL MASTER, LTD.,           :
                                             :  No. 10 Civ. 3507 (TPG)
                              Plaintiffs,    :
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                              Defendant.     :
-----------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and            :
AURELIUS OPPORTUNITIES FUND II, LLC,         :
                                             :  No. 10 Civ. 3970 (TPG)
                              Plaintiffs,    :
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                              Defendant.     :
-----------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                    :
                                             :
                              Plaintiff,     :  No. 10 Civ. 4101 (TPG)
                                             :
             - against -                     :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                              Defendant.     :
-----------------------------------------------------------x :
```

2702450.2

```
-----------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                  :
                                                           :
                              Plaintiff,                   :   No. 10 Civ. 4782 (TPG)
                                                           :
             - against -                                   :
                                                           :
THE REPUBLIC OF ARGENTINA,                                 :
                                                           :
                              Defendant.                   :
                                                           :
-----------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                         :
AURELIUS OPPORTUNITIES FUND II, LLC,                       :
                                                           :   No. 10 Civ. 8339
                              Plaintiffs,                  :
                                                           :
             - against -                                   :
                                                           :
THE REPUBLIC OF ARGENTINA,                                 :
                                                           :
                              Defendant.                   :
-----------------------------------------------------------x :
```

WHEREAS on May 22, 2012, the Republic of Argentina filed a Notice of Motion for a Protective Order and to Quash Eighteen Subpoenas Served on Non-Party Banks (the "Motion"), together with the supporting papers identified in the Motion; and

WHEREAS plaintiffs intend to file papers in opposition to the Motion;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

1.  Plaintiffs' time to respond to the Motion shall be extended through and including July 13, 2012, unless further extended by the parties; and

2702450.2

2. This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved.

3. Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the first request for an extension of the briefing schedule for the Motion.

Dated: May 25, 2012

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: *Sara Sanchez* /ens<br>Carmine D. Boccuzzi Jr.<br>Sara Sanchez<br>One Liberty Plaza<br>New York, NY 10006<br>Telephone: (212) 225-2000 | By: *[signature]*<br>Daniel B. Rapport<br>Emily A. Stubbs<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 833-1100 |
| *Attorneys for the Republic of Argentina* | *Attorneys for Plaintiffs* |

SO ORDERED this 30th day of May, 2012.

_____
Thomas P. Griesa, U.S.D.J.

2702450.2