USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

               Defendant.
------------------------------------------------------------x

No. 07 Civ. 2715 (TPG)

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

   - against -

THE REPUBLIC OF ARGENTINA,

               Defendant.
------------------------------------------------------------x

No. 07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

   - against -

THE REPUBLIC OF ARGENTINA,

               Defendant.
------------------------------------------------------------x

No. 07 Civ. 2693 (TPG)

*(Captions continue on following pages)*

## STIPULATION AND CONSENT ORDER

2722492.1

```
------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                           :
ACP MASTER, LTD.,                                           :
                                                            :
                                                            :  No. 09 Civ. 8757 (TPG)
                                      Plaintiffs,           :
                                                            :
                 - against -                                :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                                      Defendant.            :
------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                           :
ACP MASTER, LTD.,                                           :
                                                            :
                                                            :  No. 09 Civ. 10620 (TPG)
                                      Plaintiffs,           :
                                                            :
                 - against -                                :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                                      Defendant.            :
------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                         :
and AURELIUS CAPITAL MASTER, LTD.,                          :
                                                            :
                                                            :  No. 10 Civ. 1602 (TPG)
                                      Plaintiffs,           :
                                                            :
                 - against -                                :
                                                            :
THE REPUBLIC OF ARGENTINA,                                  :
                                                            :
                                      Defendant.            :
------------------------------------------------------------x :
```

2722492.1

```
------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC           :
and AURELIUS CAPITAL MASTER, LTD.,            :
                                              :
                                              :   No. 10 Civ. 3507 (TPG)
                       Plaintiffs,            :
                                              :
         - against -                          :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                       Defendant.             :
------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and             :
AURELIUS OPPORTUNITIES FUND II, LLC,          :
                                              :   No. 10 Civ. 3970 (TPG)
                       Plaintiffs,            :
                                              :
         - against -                          :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                       Defendant.             :
------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                     :
                                              :
                       Plaintiff,             :   No. 10 Civ. 4101 (TPG)
                                              :
         - against -                          :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
                       Defendant.             :
------------------------------------------------------------x :
```

2722492.1

```
-----------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                         :
                                                                  :
                              Plaintiff,                          :   No. 10 Civ. 4782 (TPG)
                                                                  :
                - against -                                       :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                              Defendant.                          :
                                                                  :
-----------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD., and                                :
AURELIUS OPPORTUNITIES FUND II, LLC,                              :
                                                                  :   No. 10 Civ. 8339
                              Plaintiffs,                         :
                                                                  :
                - against -                                       :
                                                                  :
THE REPUBLIC OF ARGENTINA,                                        :
                                                                  :
                              Defendant.                          :
-----------------------------------------------------------------x :
```

WHEREAS on May 22, 2012, the Republic of Argentina filed a Notice of Motion for a Protective Order and to Quash Eighteen Subpoenas Served on Non-Party Banks (the "Motion"), together with the supporting papers identified in the Motion; and

WHEREAS plaintiffs intend to file papers in opposition to the Motion;

WHEREAS on May 30, 2012, the Court signed the parties' Stipulation and Consent Order extending Plaintiffs' time to respond to the Motion through and including July 13, 2012, unless further extended by the parties;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel as follows:

2722492.1

1.      Plaintiffs' time to respond to the Motion shall be extended through and including August 27, 2012, unless further extended by the parties; and

2.      This stipulation relates to scheduling only and is without prejudice to the rights of all parties, which are expressly reserved; and

3.      Pursuant to Rule 1.E of the Court's individual practices, the undersigned counsel represent that this is the second request for an extension of the briefing schedule for the Motion.

Dated: July 10, 2012

| CLEARY GOTTLIEB STEEN & HAMILTON LLP | FRIEDMAN KAPLAN SEILER & ADELMAN LLP |
|---|---|
| By: *Carmine D. Boccuzzi/EAS* <br> Carmine D. Boccuzzi Jr. <br> Sara Sanchez <br> One Liberty Plaza <br> New York, NY 10006 <br> Telephone: (212) 225-2000 | By: *[signature]* <br> Daniel B. Rapport <br> Emily A. Stubbs <br> 7 Times Square <br> New York, NY 10036 <br> Telephone: (212) 833-1100 |
| *Attorneys for the Republic of Argentina* | *Attorneys for Plaintiffs* |

SO ORDERED this 11th day of July, 2012.

Thomas P. Griesa by ES
Thomas P. Griesa, U.S.D.J.

2722492.1