Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Non-Party
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS LP, and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 07 Civ. 2715 (TPG) |
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 07 Civ. 11327 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 10 Civ. 1602 (TPG) |

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD. <br>                       Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                       Defendant. | 10 Civ. 3507 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, <br>                       Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                       Defendant. | 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br>                       Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                       Defendant. | 10 Civ. 4101 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br>                       Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                       Defendant. | 10 Civ. 4782 (TPG) |
| AURELIUS CAPITAL MASTER, LTD., and AURELIUS OPPORTUNITIES FUND II, LLC, <br>                       Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br>                       Defendant. | 10 Civ. 8339 (TPG) |

## **NOTICE OF APPEARANCE**

TAKE NOTICE, that non-party Bank of America, N.A., hereby appears in the above entitled action, and the undersigned has been retained as attorney for said non-party and demands that all papers in this action be served upon the undersigned at

2

the office and address stated below.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        August 15, 2012

                                        ZEICHNER ELLMAN & KRAUSE LLP

                                        By: _____
                                              Barry J. Glickman, Esq.
                                              Attorneys for Non-Party
                                               Bank of America, N.A.
                                               575 Lexington Avenue
                                               New York, New York 10022
                                               (212) 223-0400

#677063v1/BJG/1593.475