Barry J. Glickman, Esq.
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Non-Party
*Bank of America, N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS LP, and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 07 Civ. 2715 (TPG) |
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 07 Civ. 11327 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. | 10 Civ. 1602 (TPG) |

| | |
|---|---|
| THE REPUBLIC OF ARGENTINA,<br>        Defendant. | |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.<br>        Plaintiffs,<br>      v.<br>THE REPUBLIC OF ARGENTINA,<br>        Defendant. | 10 Civ. 3507 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,<br>        Plaintiffs,<br>      v.<br>THE REPUBLIC OF ARGENTINA,<br>        Defendant. | 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br>        Plaintiffs,<br>      v.<br>THE REPUBLIC OF ARGENTINA,<br>        Defendant. | 10 Civ. 4101 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br>        Plaintiffs,<br>      v.<br>THE REPUBLIC OF ARGENTINA,<br>        Defendant. | 10 Civ. 4782 (TPG) |
| AURELIUS CAPITAL MASTER, LTD., and AURELIUS OPPORTUNITIES FUND II, LLC,<br>        Plaintiffs,<br>      v.<br>THE REPUBLIC OF ARGENTINA,<br>        Defendant. | 10 Civ. 8339 (TPG) |

## STATEMENT PURSUANT TO FED. R. CIV. P. 71

    Bank of America, N.A. ("BANA") by and through its undersigned counsel, hereby discloses that it is a wholly-owned subsidiary of NB Holdings

Corporation, which is a wholly owned subsidiary of Bank of America Corporation, whose shares are publicly traded. No publicly held company has an ownership interest of 10% or more in BANA.

Dated:   New York, New York
         August 15, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman, Esq.
Attorneys for Non-Party
 Bank of America, N.A.
575 Lexington Avenue
New York, NY  10022
(212) 223-0400

#677111v1/BJG/1593.475                   3