

**OFFICE OF THE HENNEPIN COUNTY ATTORNEY**

MICHAEL O. FREEMAN     COUNTY ATTORNEY



August 10, 2012

The Honorable Thomas P. Griesa
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  *Aurelius Capital Partners, LP and Aurelius Capital Master, Ltd. v. The Republic of Argentina*, No. 07 Civ. 2715 (TPG), and related cases Nos. 07 Civ. 11327 (TPG), 07 Civ. 2693 (TPG), 09 Civ. 8757 (TPG), 09 Civ. 10620 (TPG), 10 Civ. 1602 (TPG), 10 Civ. 3507 (TPG), 10 Civ. 3970 (TPG), 10 Civ. 4101 (TPG), 10 Civ. 4782 (TPG), and 10 Civ. 8339 (TPG)
*EM Ltd. v. The Republic of Argentina*, No. 03 Civ. 2507 (TPG)

Dear Judge Griesa:

Davis Polk & Wardwell LLP, a firm with which I was formerly associated, represents nonparty Citibank, N.A. in the above-referenced cases. I left Davis Polk & Wardwell LLP on April 20, 2012, and thus no longer serve as counsel to Citibank, N.A. Accordingly, I respectfully request that the Court instruct the docket clerk to remove my registration as counsel of record.

Because Davis Polk & Wardwell LLP will continue to represent Citibank, N.A., my withdrawal from representation will not delay resolution of this matter.

Respectfully submitted,

Benedict J. Schweigert
Assistant County Attorney

cc:  All counsel by email

SO ORDERED. Aug. 22, 2012

/s/ Thomas P. Griesa
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/12

C-2000 GOVERNMENT CENTER   300 SOUTH SIXTH STREET   MINNEAPOLIS, MINNESOTA 55487
PHONE: 612-348-5550   www.hennepinattorney.org

HENNEPIN COUNTY IS AN EQUAL OPPORTUNITY EMPLOYER