## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
ESTUBBS@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
PHILIP A. WELLNER
GREGORY W. FOX
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY

September 12, 2012



RECEIVED
SEP 13 2012
JUDGE GRIESA

**MEMO ENDORSED**

BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
    *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
    <u>*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339</u>

Dear Judge Griesa:

      This firm represents the plaintiffs in the above-referenced actions. Plaintiffs previously served document requests on the Republic of Argentina and subpoenas seeking document discovery upon five banks and certain of their affiliates.

      On May 22, 2012, the Republic moved for a Protective Order and to Quash Eighteen Subpoenas Served on Non-Party Banks (the "Motion"). With the Court's approval, the parties have previously adjourned to October 11, 2012 the time for plaintiffs' opposition to the Motion.

*Approved*
Thomas P. Griesa/USDJ  9/18/12

2745738.3

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa     - 2 -     September 12, 2012

       The Republic has advised us that it wishes to submit a revised opening brief in light of the Second Circuit's recent decision in *EM Ltd. v. Republic of Argentina*, No. 11-4065-cv(L), 2012 WL 3553367 (2d Cir. Aug. 20, 2012). Plaintiffs and the Republic have negotiated a briefing schedule for the Motion and for plaintiffs' cross-motion to compel discovery from the Republic and from the non-party banks (the "Cross-Motion"), which plaintiffs intend to file.

       We also have notified the non-party banks of the proposed schedule, and they have advised us that the schedule appears reasonable in the event that plaintiffs and the banks are unable to resolve their disputes concerning plaintiffs' subpoenas.

       The proposed briefing schedule is set forth below:

| | |
|---|---|
| September 19, 2012: | The Republic shall serve its revised brief in support of its Motion |
| October 10, 2012: | Plaintiffs shall serve their brief in opposition to the Republic's Motion and shall serve their Cross-Motion to compel |
| October 31, 2012: | The Republic shall serve its reply in support of its Motion and its opposition to the Cross-Motion; the non-party banks shall serve their opposition to Plaintiffs' Cross-Motion |
| November 21, 2012: | Plaintiffs shall serve their reply in support of their Cross-Motion |

       We are available to discuss the proposed schedule at the Court's convenience. If Your Honor has no objections, we respectfully request that Your Honor "so order" the proposed schedule by endorsement of this letter.

Respectfully,

Emily A. Stubbs

cc:     Carmine D. Boccuzzi Jr., Esq.
          Philippe Zimmerman, Esq.
          Barry Glickman, Esq.
          Lance Croffoot-Suede, Esq.
          Mark S. Sullivan, Esq.
          James L. Kerr, Esq.
          (*all via email*)

2745738.3