# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
ESTUBBS@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
   COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
GREGORY W. FOX
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
KFIR ABUTBUL
SARAH F. FOLEY
ELIZABETH S. LOSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/09/12

**MEMO ENDORSED**

October 5, 2012



BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
    *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
    <u>*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339</u>

Dear Judge Griesa:

       This firm represents the plaintiffs in the above-referenced actions. We respectfully submit this letter in accordance with Your Honor's Individual Practices to request permission to file an oversized memorandum of law. Counsel for the Republic of Argentina has consented to plaintiffs' request.

       On September 19, 2012, the Republic of Argentina filed its revised memorandum of law in support of its Motion for a Protective Order and to Quash Eighteen Subpoenas Served on Non-Party Banks (the "Motion"). Pursuant to the

2754179.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa　　　　　　　　- 2 -　　　　　　　　October 5, 2012

schedule endorsed by the Court, on October 10, 2012, plaintiffs will serve their opposition to the Republic's Motion and their cross-motion to compel discovery from the Republic and from the non-party banks (the "Cross-Motion").

Plaintiffs intend to file one memorandum of law in opposition to the Republic's Motion and in support of their Cross-Motion. Accordingly, plaintiffs respectfully request permission to file a memorandum on law of up to 35 pages, so as not to burden the Court with multiple briefs.

If Your Honor has no objections, we respectfully request that the Court "so order" plaintiffs' request by endorsement of this letter.

Respectfully,

Emily A. Stubbs

cc:　Carmine D. Boccuzzi Jr., Esq.
　　　Philippe Zimmerman, Esq.
　　　Barry Glickman, Esq.
　　　Lance Croffoot-Suede, Esq.
　　　Mark S. Sullivan, Esq.
　　　James L. Kerr, Esq.
　　　(*all via email*)

Approved.
Thomas P. Griesa
USDJ
10/9/12

2754179.2