UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                    Plaintiffs,

       - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.
---------------------------------------------------------------------x

No. 07 Civ. 2715 (TPG)

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                    Plaintiffs,

       - against -

THE REPUBLIC OF ARGENTINA,

                    Defendant.
---------------------------------------------------------------------x

No. 07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,

                    Plaintiff,

       - against -

THE REPUBLIC OF ARGENTINA,

                  Defendant.
---------------------------------------------------------------------x

No. 07 Civ. 2693 (TPG)

(*Captions continue on following pages*)

**DECLARATION OF ERIC J. FINKELSTEIN IN SUPPORT OF
PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM
DEFENDANT AND NON-PARTY BANKS
AND IN OPPOSITION TO DEFENDANT'S MOTION FOR A
PROTECTIVE ORDER AND TO QUASH**

2755874.1

```
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :
                                                               :   No.  09 Civ. 8757 (TPG)
                                          Plaintiffs,          :
                                                               :
              - against -                                      :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                          Defendant.           :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :
                                                               :   No.  09 Civ. 10620 (TPG)
                                          Plaintiffs,          :
                                                               :
              - against -                                      :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                          Defendant.           :
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                            :
and AURELIUS CAPITAL MASTER, LTD.,                             :
                                                               :
                                                               :   No.  10 Civ. 1602 (TPG)
                                          Plaintiffs,          :
                                                               :
              - against -                                      :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                          Defendant.           :
---------------------------------------------------------------x :
```

```
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                            :
and AURELIUS CAPITAL MASTER, LTD.,                             :
                                                               :
                                                               :   No. 10 Civ. 3507 (TPG)
                                    Plaintiffs,                :
                                                               :
            - against -                                        :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                    Defendant.                 :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
AURELIUS OPPORTUNITIES FUND II, LLC,                           :
                                                               :
                                                               :   No. 10 Civ. 3970 (TPG)
                                    Plaintiffs,                :
                                                               :
            - against -                                        :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                    Defendant.                 :
---------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                      :
                                                               :
                                    Plaintiff,                 :   No. 10 Civ. 4101 (TPG)
                                                               :
            - against -                                        :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                    Defendant.                 :
---------------------------------------------------------------x
```

2755874.1

```
---------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                       :
                                                                :
                                      Plaintiff,                :   No.  10 Civ. 4782 (TPG)
                                                                :
              - against -                                       :
                                                                :
THE REPUBLIC OF ARGENTINA,                                      :
                                                                :
                                      Defendant.                :
                                                                :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                               :
AURELIUS OPPORTUNITIES FUND II, LLC,                            :
                                                                :   No.  10 Civ. 8339 (TPG)
                                      Plaintiffs,               :
                                                                :
              - against -                                       :
                                                                :
THE REPUBLIC OF ARGENTINA,                                      :
                                                                :
                                      Defendant.                :
---------------------------------------------------------------x :
```

2755874.1

I, Eric J. Finkelstein, declare as follows:

1. I am an associate in the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively "Plaintiffs"). I make this Declaration to put before this Court certain documents related to Plaintiffs' Motion to Compel Production from Defendant and Non-Party Banks and in opposition to Defendant's Motion for a Protective Order and to Quash. The attached documents were assembled either by me or by persons working at my direction.

2. Attached to this Declaration as Exhibits 1-94 are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| 1 | December 13, 2011 Document Requests served upon the Republic of Argentina in this litigation; |
| 2 | January 12, 2012 Subpoena served by Plaintiffs upon Bank of America Corporation in this litigation; |
| 3 | January 12, 2012 Subpoena served by Plaintiffs upon Bank of America, N.A. in this litigation; |
| 4 | January 12, 2012 Subpoena served by Plaintiffs upon Banc of America Securities LLC in this litigation; |
| 5 | January 12, 2012 Subpoena served by Plaintiffs upon Merrill Lynch, Pierce, Fenner & Smith Incorporated in this litigation; |
| 6 | January 12, 2012 Subpoena served by Plaintiffs upon Merrill Lynch & Co., Inc. in this litigation; |
| 7 | December 13, 2011 Subpoena served by Plaintiffs upon Barclays Bank PLC in this litigation; |

8    December 13, 2011 Subpoena served by Plaintiffs upon Barclays Capital Inc. in this litigation;

9    December 13, 2011 Subpoena served by Plaintiffs upon Banco de la Nación Argentina in this litigation;

10    December 13, 2011 Subpoena served by Plaintiffs upon Citibank, N.A. in this litigation;

11    December 13, 2011 Subpoena served by Plaintiffs upon Citigroup Inc. in this litigation;

12    December 13, 2011 Subpoena served by Plaintiffs upon Citicorp USA Inc. in this litigation;

13    December 13, 2011 Subpoena served by Plaintiffs upon Citicorp North America Inc. in this litigation;

14    December 13, 2011 Subpoena served by Plaintiffs upon Citigroup Global Markets Inc. in this litigation;

15    December 13, 2011 Subpoena served by Plaintiffs upon Deutsche Bank AG in this litigation;

16    December 13, 2011 Subpoena served by Plaintiffs upon Deutsche Bank Americas Holding Corp in this litigation;

17    December 13, 2011 Subpoena served by Plaintiffs upon Deutsche Bank Securities Inc. in this litigation;

18    December 13, 2011 Subpoena served by Plaintiffs upon Deutsche Bank Trust Company Americas in this litigation;

19    December 13, 2011 Subpoena served by Plaintiffs upon Taunus Corporation in this litigation;

20    January 12, 2012 Responses and Objections of the Republic of Argentina to Plaintiffs' Document Requests in this litigation;

21    February 16, 2012 Responses and Objections of Bank of America Corporation to Plaintiffs' Subpoena in this litigation;

22    February 16, 2012 Responses and Objections of Bank of America, N.A. to Plaintiffs' Subpoena in this litigation;

23  February 16, 2012 Responses and Objections of Merrill Lynch, Pierce, Fenner & Smith Incorporated to Plaintiffs' Subpoena in this litigation;

24  February 16, 2012 Responses and Objections of Merrill Lynch & Co. to Plaintiffs' Subpoena in this litigation;

25  January 26, 2012 Responses and Objections of Barclays Bank PLC to Plaintiffs' Subpoena in this litigation;

26  January 26, 2012 Responses and Objections of Barclays Capital Inc. to Plaintiffs' Subpoena in this litigation;

27  December 27, 2011 Letter Objections of Banco de la Nación Argentina to Plaintiffs' Subpoena in this litigation;

28  February 28, 2012 Responses and Supplemental Objections of Banco de la Nación Argentina to Plaintiffs' Subpoena in this litigation;

29  January 26, 2012 Responses and Objections of Citibank, N.A. to Plaintiffs' Subpoena in this litigation;

30  January 26, 2012 Responses and Objections of Citigroup Inc. to Plaintiffs' Subpoena in this litigation;

31  January 26, 2012 Responses and Objections of Citicorp USA Inc. to Plaintiffs' Subpoena in this litigation;

32  January 26, 2012 Responses and Objections of Citicorp North America Inc. to Plaintiffs' Subpoena in this litigation;

33  January 26, 2012 Responses and Objections of Citigroup Global Markets Inc. to Plaintiffs' Subpoena in this litigation;

34  January 26, 2012 Objections of Deutsche Bank AG to Plaintiffs' Subpoena in this litigation;

35  January 26, 2012 Objections of Deutsche Bank Americas Holding Corp. to Plaintiffs' Subpoena in this litigation;

36  January 26, 2012 Objections of Deutsche Bank Securities Inc. to Plaintiffs' Subpoena in this litigation;

37  January 26, 2012 Objections of Deutsche Bank Trust Company Americas to Plaintiffs' Subpoena in this litigation;

2755874.1

| | |
|---|---|
| 38 | January 26, 2012 Objections of Taunus Corporation to Plaintiffs' Subpoena in this litigation; |
| 39 | January 13, 2012 Letter from Emily Stubbs to Carmine Boccuzzi; |
| 40 | January 30, 2012 Email from Sara Sanchez to Emily Stubbs, with accompanying attachment; |
| 41 | February 2, 2012 Letter from Emily Stubbs to Carmine Boccuzzi; |
| 42 | February 17, 2012 Letter from Carmine Boccuzzi to Emily Stubbs; |
| 43 | Emails between counsel for the Republic of Argentina and counsel for Plaintiffs from August 15, 2012 to August 25, 2012; |
| 44 | April 2, 2012 Letter from Emily Stubbs to Barry Glickman; |
| 45 | Emails between counsel for Bank of America Corporation and its affiliates and counsel for Plaintiffs from April 2, 2012 to August 27, 2012; |
| 46 | February 16, 2012 Letter from Emily Stubbs to Lance Croffoot-Suede; |
| 47 | February 29, 2012 Letter from Katie Ryan to Emily Stubbs; |
| 48 | March 6, 2012 Letter from Emily Stubbs to Katie Ryan; |
| 49 | April 9, 2012 Letter from Kate Ryan to Emily Stubbs; |
| 50 | April 20, 2012 Letter from Emily Stubbs to Lance Croffoot-Suede; |
| 51 | Emails between counsel for Barclays Bank PLC and Barclays Capital Inc. and counsel for Plaintiffs from April 20, 2012 to August 22, 2012; |
| 52 | Emails between counsel for Barclays Bank PLC and Barclays Capital Inc. and counsel for Plaintiffs from October 8, 2012 to October 9, 2012; |
| 53 | January 4, 2012 Letter from Emily Stubbs to Mark Sullivan; |
| 54 | January 9, 2012 Letter from Emily Stubbs to Mark Sullivan; |
| 55 | February 15, 2012 Letter from Mark Sullivan to Emily Stubbs, with accompanying attachments; |
| 56 | April 9, 2012 Letter from Emily Stubbs to Mark Sullivan; |

| | |
|---|---|
| 57 | May 22, 2012 Letter from Mark Sullivan to Emily Stubbs; |
| 58 | Emails between Mark Sullivan and counsel for Plaintiffs from May 22, 2012 to August 31, 2012; |
| 59 | April 11, 2012 Letter from Emily Stubbs to James Kerr, with attachment; |
| 60 | May 4, 2012 Email from Eric Finkelstein to James L. Kerr; |
| 61 | May 16, 2012 Letter from James Kerr to Emily Stubbs; |
| 62 | Emails between James Kerr and counsel for Plaintiffs from May 16, 2012 to May 24, 2012; |
| 63 | June 11, 2012 Letter from Emily Stubbs to James Kerr; |
| 64 | June 22, 2012 Letter from James Kerr to Emily Stubbs; |
| 65 | June 29, 2012 Letter from Emily Stubbs to James Kerr; |
| 66 | July 27, 2012 Letter from James Kerr to Emily Stubbs; |
| 67 | Emails between James Kerr and counsel for Plaintiffs from July 27, 2012 to August 23, 2012; |
| 68 | October 5, 2012 Emails between Matthew Rowland and Emily Stubbs; |
| 69 | October 8, 2012 Email from James Kerr to counsel for Plaintiffs; |
| 70 | February 14, 2012 Letter from Emily Stubbs to Philippe Zimmerman; |
| 71 | February 22, 2012 Email from Philippe Zimmerman to Emily Stubbs; |
| 72 | April 3, 2012 Letter from Emily Stubbs to Philippe Zimmerman; |
| 73 | Emails between Philippe Zimmerman and counsel for Plaintiffs from April 3, 2012 to August 27, 2012; |
| 74 | October 9, 2012 Emails between Philippe Zimmerman and counsel for Plaintiffs; |
| 75 | Emails among Emily Stubbs and counsel for all subpoenaed banks from September 7, 2012 to September 18, 2012; |

| | |
|---|---|
| 76 | May 29, 2009 Order, *Aurelius Capital Partners, LP v. The Republic of Argentina*, No. 07 Civ. 2715(TPG); |
| 77 | September 2, 2011 Order, *NML Capital Ltd. v. The Republic of Argentina*, No. 03 Civ. 8845 (TPG); |
| 78 | January 15, 2004 Transcript of Proceedings, *Applestein v. The Republic of Argentina*, 02 Civ. 1773 (TPG); |
| 79 | May 13, 2004 Transcript of Proceedings, *Applestein v. The Republic of Argentina*, 02 Civ. 1773 (TPG); |
| 80 | February 2, 2007 Transcript of Proceedings, *EM Ltd. v. The Republic of Argentina*, 03 Civ. 2507 (TPG); |
| 81 | November 7, 2007 Transcript of Proceedings, *Capital Venture Int'l v. Republic of Argentina*, 05 Civ. 4085 (TPG); |
| 82 | May 28, 2009 Transcript of Proceedings, *Aurelius Capital Partners, LP v. The Republic of Argentina*, No. 07 Civ. 2715(TPG); |
| 83 | August 30, 2011 Transcript of Proceedings, *EM Ltd. v. The Republic of Argentina*, No. 03 Civ. 8845 (TPG); |
| 84 | September 28, 2011 Transcript of Proceedings, *NML Capital, Ltd. v. Republic of Argentina,* No. 08 Civ 6978 (TPG); |
| 85 | March 10, 2010 Subpoena served upon Bank of America N.A. in *NML Capital, Ltd. v. The Republic of Argentina*, No. 03 Civ. 8845 (TPG); |
| 86 | June 14, 2010 Subpoena served upon Banco de la Nación Argentina in *NML Capital, Ltd. v. The Republic of Argentina*, No. 03 Civ. 8845 (TPG); |
| 87 | Brian T. Moynihan, Letter to Shareholders in Bank of America's 2011 Annual Report; http://media.corporate-ir.net/media_files/irol/71/71595/ reports/2011/2011_ar_shareholders_ltr.pdf (last visited Oct. 4, 2012); |
| 88 | Barclays, About Us, http://group.barclays.com/about-barclays/about-us#about-us (last visited Oct. 4, 2012); |
| 89 | Barclays, Executing Our Strategy, http://group.barclays.com/about-barclays/investor-relations/executing-our-strategy (last visited Oct. 4, 2012); |

90    Banco de la Nación Argentina, Filiales en el exterior, http://www.bna.com.ar/pymes/py_internacionales_filiales.asp (last visited Oct. 4, 2012), with translation;

91    Citi, Our Mission: Enabling Progress, http://www.citigroup.com/citi/about/mission_principles.html (last visited Oct. 4, 2012);

92    Deutsche Bank, Fact Sheet, https://www.db.com/medien/en/downloads/Fact_Sheet.pdf (last visited Oct. 4, 2012);

93    April 3, 2009 Order, *Aurelius Capital Partners, LP v. The Republic of Argentina*, No. 07 Civ. 2715(TPG);

94    Emails between Barry Glickman and counsel for Plaintiffs from October 9, 2012 to October 10, 2012.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, NY
on this 10th day of October, 2012

*[signature]*
_____
Eric J. Finkelstein