# MEMO ENDORSED

## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
WILLIAM P. WEINTRAUB
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
ESTUBBS@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
EAMONN O'HAGAN
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
GREGORY W. FOX
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
KIZZY L. JARASHOW
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
KFIR ABUTBUL
SARAH F. FOLEY
ELIZABETH S. LOSEY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/12

October 19, 2012



RECEIVED
OCT 22 2012
CHAMBERS OF
JUDGE GRIESA

BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

> Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
> *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
> *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
> *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
> *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
> *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
> *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
> *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
> *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
> *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
> *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339

Dear Judge Griesa:

      This firm represents the Plaintiffs in the above-referenced actions. Plaintiffs have served document requests on the Republic of Argentina and subpoenas seeking document discovery upon five banks and certain of their affiliates. The Republic has moved for a protective order and to quash the subpoenas on the banks, and Plaintiffs have moved to compel production from both the Republic and the banks.

      By Order dated September 18, 2012, Your Honor set a briefing schedule which requires the Republic and the Banks to file their opposition to Plaintiffs' motion to

2759540.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa                    - 2 -                    October 19, 2012

compel on October 31, 2012 and Plaintiffs to file their reply in further support of the motion on November 21, 2012.

    Counsel for one of the banks – Bank of America – has requested an extension of the schedule due to a personal medical situation. Accordingly, Plaintiffs and Bank of America have agreed to adjust the briefing schedule as follows:

November 21, 2012:    Bank of America shall serve its opposition to Plaintiffs' motion to compel

December 12, 2012:    Plaintiffs shall serve their reply in support of their motion to compel as it pertains to Bank of America

    This change applies only to Bank of America; the rest of the submissions with respect to Plaintiffs' motion to compel shall be served in accordance with the schedule previously set by Your Honor.

    We are available to discuss the modified schedule at the Court's convenience. If Your Honor has no objections, we respectfully request that Your Honor "so order" the modified schedule by endorsement of this letter.

Respectfully,

*Emily A. Stubbs* /bay

Emily A. Stubbs

cc:    Carmine D. Boccuzzi Jr., Esq.
    Barry Glickman, Esq.
    Kenneth Rudd, Esq.
    Lance Croffoot-Suede, Esq.
    Mark S. Sullivan, Esq.
    James L. Kerr, Esq.
    Philippe Zimmerman, Esq.
    (*all via email*)

So ordered.
Thomas P. Griesa
USDJ
10/24/12

2759540.2