UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AURELIUS CAPITAL PARTNERS, LP           :
and AURELIUS CAPITAL MASTER, LTD.,      :
              Plaintiffs,               :   No. 07 Civ. 2715 (TPG)
      - against -                       :   No. 07 Civ. 11327 (TPG)
THE REPUBLIC OF ARGENTINA,              :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BLUE ANGEL CAPITAL I LLC,               :
              Plaintiffs,               :   No. 07 Civ. 2693 (TPG)
      - against -                       :   No. 10 Civ. 4101 (TPG)
THE REPUBLIC OF ARGENTINA,              :   No. 10 Civ. 4782 (TPG)
              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AURELIUS CAPITAL MASTER, LTD. and       :
ACP MASTER, LTD.,                       :
              Plaintiffs,               :   No. 09 Civ. 8757 (TPG)
      - against -                       :   No. 09 Civ. 10620 (TPG)
THE REPUBLIC OF ARGENTINA,              :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AURELIUS OPPORTUNITIES FUND II, LLC     :
and AURELIUS CAPITAL MASTER, LTD.,      :
              Plaintiffs,               :   No. 10 Civ. 1602 (TPG)
      - against -                       :   No. 10 Civ. 3507 (TPG)
THE REPUBLIC OF ARGENTINA,              :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
AURELIUS CAPITAL MASTER, LTD. and       :
AURELIUS OPPORTUNITIES FUND II, LLC,    :
              Plaintiffs,               :   No. 10 Civ. 3970 (TPG)
      - against -                       :   No. 10 Civ. 8339 (TPG)
THE REPUBLIC OF ARGENTINA,              :
              Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for non-parties Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc, and Citigroup Inc. in the above-captioned proceedings and requests that all subsequent papers be served on him at the address below.

Dated:  New York, New York
        October 26, 2012

DAVIS POLK & WARDWELL LLP

By:  /s/ James L. Kerr

James L. Kerr
450 Lexington Avenue
New York, New York  10017
(212) 450-4552
james.kerr@davispolk.com

*Counsel to Non-Parties Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc, and Citigroup Inc.*