UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
   - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 07 Civ. 2715 (TPG)
No. 07 Civ. 11327 (TPG)

---------------------------------- x
BLUE ANGEL CAPITAL I LLC,
        Plaintiffs,
   - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 07 Civ. 2693 (TPG)
No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

---------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,
        Plaintiffs,
   - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

---------------------------------- x
AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
   - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)

---------------------------------- x
AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,
        Plaintiffs,
   - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

---------------------------------- x

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby respectfully enters her appearance as attorney of record for non-parties Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc, and Citigroup Inc. in the above-captioned proceedings and requests that all subsequent papers be served on her at the address below.

Dated:   New York, New York
October 26, 2012

DAVIS POLK & WARDWELL LLP

By:   /s/ Lindsey T. Knapp

Lindsey T. Knapp
450 Lexington Avenue
New York, New York  10017
(212) 450-4726
lindsey.knapp@davispolk.com

*Counsel to Non-Parties Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc, and Citigroup Inc.*