UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 07 Civ. 2715 (TPG)
No. 07 Civ. 11327 (TPG)

---

BLUE ANGEL CAPITAL I LLC,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 07 Civ. 2693 (TPG)
No. 10 Civ. 4101 (TPG)
No. 10 Civ. 4782 (TPG)

---

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 09 Civ. 8757 (TPG)
No. 09 Civ. 10620 (TPG)

---

AURELIUS OPPORTUNITIES FUND II, LLC
and AURELIUS CAPITAL MASTER, LTD.,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 1602 (TPG)
No. 10 Civ. 3507 (TPG)

---

AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,
        Plaintiffs,
  - against -
THE REPUBLIC OF ARGENTINA,
        Defendant.

No. 10 Civ. 3970 (TPG)
No. 10 Civ. 8339 (TPG)

---

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that the undersigned hereby respectfully enters his appearance as attorney of record for non-parties Citibank, N.A., Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc, and Citigroup Inc. in the above-captioned proceedings and requests that all subsequent papers be served on him at the address below.

Dated:   New York, New York
            October 26, 2012

                                      DAVIS POLK & WARDWELL LLP

                                  By:   /s/ Matthew B. Rowland

                                        Matthew B. Rowland
                                        450 Lexington Avenue
                                        New York, New York  10017
                                        (212) 450-4198
                                        matthew.rowland@davispolk.com

                                        *Counsel to Non-Parties Citibank, N.A.,*
                                        *Citicorp North America Inc., Citicorp*
                                        *USA Inc., Citigroup Global Markets*
                                        *Inc, and Citigroup Inc.*