UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AURELIUS CAPITAL PARTNERS, LP and
AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 07 Civ. 2715 (TPG)

---

AURELIUS CAPITAL PARTNERS, LP and
AURELIUS CAPITAL MASTER, LTD.,

        Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 07 Civ. 11327 (TPG)

---

BLUE ANGEL CAPITAL I LLC,

        Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

        Defendant.

No. 07 Civ. 2693 (TPG)

---

(*captions continue on the following pages*)

**NOTICE OF CROSS-MOTION TO QUASH SUBPOENAS
SERVED ON BARCLAYS BANK PLC AND BARCLAYS CAPITAL INC.**

| | |
|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br><br>   Plaintiffs, <br><br>   v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br>   Defendant. | No. 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br><br>   Plaintiffs, <br><br>   v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br>   Defendant. | No. 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br><br>   Plaintiffs, <br><br>   v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br>   Defendant. | No. 10 Civ. 1602 (TPG) |

```
------------------------------------------x
AURELIUS OPPORTUNITIES FUND II, LLC and
AURELIUS CAPITAL MASTER, LTD.,

                    Plaintiffs,
                                                  No. 10 Civ. 3507 (TPG)
        v.

THE REPUBLIC OF ARGENTINA,

                    Defendant.
------------------------------------------
AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,

                    Plaintiffs,
                                                  No. 10 Civ. 3970 (TPG)
        v.

THE REPUBLIC OF ARGENTINA,

                    Defendant.
------------------------------------------
BLUE ANGEL CAPITAL I LLC,

                    Plaintiff,
                                                  No. 10 Civ. 4101 (TPG)
        v.

THE REPUBLIC OF ARGENTINA,
                    Defendant.
------------------------------------------x
```

```
-------------------------------------x
BLUE ANGEL CAPITAL I LLC,

                    Plaintiff,

        v.                                    No. 10 Civ. 4782 (TPG)

THE REPUBLIC OF ARGENTINA,

                    Defendant.
-------------------------------------

AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,

                    Plaintiffs,              No. 10 Civ. 8339 (TPG)

        v.

THE REPUBLIC OF ARGENTINA,
                    Defendant.
-------------------------------------x
```

PLEASE TAKE NOTICE that upon the declarations of Lance Croffoot-Suede and Solomon Kibriye dated November 7, 2012, all attached exhibits, and the accompanying Memorandum of Law, non-parties Barclays Bank PLC and Barclays Capital Inc. ("Barclays") will move this Court, pursuant to Federal Rule of Civil Procedure 45, for an order quashing the subpoenas dated December 13, 2011 served by plaintiffs on non-parties Barclays, and for such relief as this Court deems just and proper.

Dated:   New York, New York
         November 7, 2012

                                        Respectfully submitted,

                                        LINKLATERS LLP

                                        By:   s/ Lance Croffoot-Suede
                                              Lance Croffoot-Suede
                                              (lance.croffoot-suede@linklaters.com)
                                              Titia Holtz
                                              Sterling P.A. Darling, Jr.
                                              1345 Avenue of the Americas,
                                              New York, NY 10105
                                              (212) 903-9000
                                              (212) 903-9100 (fax)

                                        *Attorneys for Barclays Bank PLC
                                        and Barclays Capital Inc.*

TO:

Emily A. Stubbs (estubbs@fldaw.com)
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, New York 10036

*Attorneys for Plaintiffs*