UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

AURELIUS CAPITAL PARTNERS, LP and
AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 07 Civ. 2715 (TPG)

------------------------------------------------------------

AURELIUS CAPITAL PARTNERS, LP and
AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 07 Civ. 11327 (TPG)

------------------------------------------------------------

BLUE ANGEL CAPITAL I LLC,

                Plaintiff,

v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 07 Civ. 2693 (TPG)

------------------------------------------------------------x

(*captions continue on the following pages*)

BARCLAYS BANK PLC'S AND BARCLAYS CAPITAL INC.'S
DISCLOSURE OF CORPORATE INTERESTS PURSUANT TO
RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

------------------------------------------------x

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

                Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

                Defendant.

No. 09 Civ. 8757 (TPG)

------------------------------------------------

AURELIUS CAPITAL MASTER, LTD. and
ACP MASTER, LTD.,

                Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

              Defendant.

No. 09 Civ. 10620 (TPG)

------------------------------------------------

AURELIUS OPPORTUNITIES FUND II, LLC and
AURELIUS CAPITAL MASTER, LTD.,

                Plaintiffs,

v.

THE REPUBLIC OF ARGENTINA,

              Defendant.

No. 10 Civ. 1602 (TPG)

------------------------------------------------x

|  |  |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD.,<br><br>                        Plaintiffs,<br><br>                    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                        Defendant. | No. 10 Civ. 3507 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC,<br><br>                        Plaintiffs,<br><br>                    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                        Defendant. | No. 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC,<br><br>                        Plaintiff,<br><br>                    v.<br><br>THE REPUBLIC OF ARGENTINA,<br><br>                        Defendant. | No. 10 Civ. 4101 (TPG) |

```
------------------------------------x
BLUE ANGEL CAPITAL I LLC,

                    Plaintiff,

        v.                                No. 10 Civ. 4782 (TPG)

THE REPUBLIC OF ARGENTINA,

                    Defendant.
------------------------------------

AURELIUS CAPITAL MASTER, LTD. and
AURELIUS OPPORTUNITIES FUND II, LLC,

                    Plaintiffs,

        v.                                No. 10 Civ. 8339 (TPG)

THE REPUBLIC OF ARGENTINA,

                    Defendant.
------------------------------------x
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Barclays Bank PLC states that it is a wholly owned subsidiary of Barclays PLC and that no publicly held corporation owns 10% or more of its stock. Barclays Capital Inc. states that its direct parent and sole stockholder is Barclays Group US Inc., which is a wholly owned subsidiary of Barclays Bank PLC.

Dated:   New York, New York
         November 7, 2012

Respectfully submitted,

LINKLATERS LLP

By:   s/ Lance Croffoot-Suede
      Lance Croffoot-Suede
      (lance.croffoot-suede@linklaters.com)
      Titia Holtz
      Sterling P.A. Darling, Jr.
      1345 Avenue of the Americas,
      New York, NY 10105
      (212) 903-9000
      (212) 903-9100 (fax)

*Attorneys for Barclays Bank PLC and Barclays Capital Inc.*