UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
AURELIUS CAPITAL PARTNERS, LP             :
and AURELIUS CAPITAL MASTER, LTD.,        :       07 Civ. 2715 (TPG)
                                          :
            Plaintiffs,                   :
     - against -                          :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
            Defendant.                    :
-------------------------------------------------------------------X
                                          :
AURELIUS CAPITAL PARTNERS, LP             :       07 Civ. 11327 (TPG)
and AURELIUS CAPITAL MASTER, LTD.,        :
                                          :
            Plaintiffs,                   :
                                          :
     - against -                          :
                                          :
THE REPUBLIC OF ARGENTINA,                :
                                          :
            Defendant.                    :
                                          :
-------------------------------------------------------------------X

(*captions continue on inside cover*)


**NOTICE OF CROSS-MOTION TO QUASH SUBPOENAS
SERVED ON THE NON-PARTY DEUTSCHE BANK ENTITIES**


                        Moses & Singer LLP
                        Philippe Zimmerman
                        Shari A. Alexander
                        The Chrysler Building
                        405 Lexington Avenue
                        New York, New York 10174

                        *Attorneys for the Non-Party
                        Deutsche Bank Entities*

945795v1 007756.0152

```
------------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                             :
                                                      :   07 Civ. 2693 (TPG)
                        Plaintiff,                    :
                                                      :
        - against -                                   :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                        Defendant.                    :
------------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP                 :
MASTER, LTD.,                                         :   09 Civ. 8757 (TPG)
                                                      :
                        Plaintiffs,                   :
                                                      :
        -   against -                                 :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                        Defendant.                    :
------------------------------------------------------------------------X
AURELIUS CAPITAL MASTER, LTD. and ACP                 :   09 Civ. 10620 (TPG)
MASTER, LTD.,                                         :
                                                      :
                        Plaintiffs,                   :
                                                      :
        - against -                                   :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                        Defendant.                    :
------------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and               :   10 Civ. 1602 (TPG)
AURELIUS CAPITAL MASTER, LTD.,                        :
                                                      :
                        Plaintiffs,                   :
                                                      :
        - against -                                   :
                                                      :
THE REPUBLIC OF ARGENTINA,                            :
                                                      :
                        Defendant.                    :
------------------------------------------------------------------------X
```

```
------------------------------------------------------------------------X
AURELIUS OPPORTUNITIES FUND II, LLC and          :
AURELIUS CAPITAL MASTER, LTD.,                   :    10 Civ. 3507 (TPG)
                                                 :
                Plaintiffs,                      :
                                                 :
        - against -                              :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                Defendant.                       :
------------------------------------------------------------------------X
                                                 :
AURELIUS OPPORTUNITIES FUND II, LLC and          :    10 Civ. 3970 (TPG)
AURELIUS CAPITAL MASTER, LTD.,                   :
                                                 :
                Plaintiffs,                      :
                                                 :
        - against -                              :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                Defendant.                       :
------------------------------------------------------------------------X
                                                 :
AURELIUS CAPITAL MASTER, LTD. and AURELIUS       :    10 Civ. 4101 (TPG)
OPPORTUNITIES FUND II, LLC,                      :
                                                 :
                Plaintiffs,                      :
                                                 :
        - against -                              :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                Defendant.                       :
------------------------------------------------------------------------X
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :    10 Civ. 4782 (TPG)
                Plaintiff,                       :
                                                 :
        - against -                              :
                                                 :
REPUBLIC OF ARGENTINA,                           :
                Defendant.                       :
                                                 :
------------------------------------------------------------------------X
```

```
------------------------------------------------------------------------X
                                                     :
AURELIUS CAPITAL MASTER, LTD. and AURELIUS           :   10 Civ. 8339 (TPG)
OPPORTUNITIES FUND II, LLC,                          :
                                                     :
                              Plaintiffs,            :
                                                     :
        - against -                                  :
                                                     :
THE REPUBLIC OF ARGENTINA,                           :
                                                     :
                              Defendant.             :
------------------------------------------------------------------------X
```

PLEASE TAKE NOTICE that upon the Certification of Philippe Zimmerman, dated November 8, 2012, the exhibits annexed thereto, the Certification of Douglas Sloan, dated November 7, 2012, and the accompanying Memorandum of Law, dated November 8, 2012, non-parties Deutsche Bank AG New York Branch, Deutsche Bank Americas Holding Corp., Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas and Taunus Corporation (collectively, the "Non-Party Deutsche Bank Entities"), will move this Court, pursuant to Federal Rules of Civil Procedure 26(c)(1), 45(c) and 69 and pursuant to Sections 2304 and 5224 of the New York Civil Practice Law and Rules, for an order quashing the subpoenas dated December 13, 2011 served by plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC, and Blue Angel Capital LLP's (collectively, "Plaintiffs") on the Non-Party Deutsche Bank Entities, and for such other relief as this Court deems just and proper.

Dated: November 8, 2012
      New York, New York

                              Respectfully submitted,

                              MOSES & SINGER LLP

                              By:  __Philippe Zimmerman_____

                                  Philippe Zimmerman
                                  Shari A. Alexander
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, NY 10174
                                  (212) 554-7800
                                  pzimmerman@mosessinger.com

                              Attorneys for the Non-Party
                              Deutsche Bank Entities

945795  007756.0152

TO: Edward A. Friedman, Esq.
Daniel B. Rapport, Esq.
Emily A. Stubbs, Esq.
Jessica A. Murzyn, Esq.
Friedman Kaplan Seiler & Adelman LLP
7 Times Square
New York, New York 10036-6516
(212) 833-1100

*Attorneys for Plaintiffs*