# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
EORSINI@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

JESSICA A. MURZYN
MICHAEL A. GORDON
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
KENNETH N. EBIE
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
EMILY L. CHANG
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY
BRETT J. HARTMAN*

* ADMITTED IN CA ONLY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/12

November 21, 2012

BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
*Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
*Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
*Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
*Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
*Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
*Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339

Dear Judge Griesa:

This firm represents the Plaintiffs in the above-referenced actions. Plaintiffs have served document requests on the Republic of Argentina and subpoenas seeking document discovery upon five banks and certain of their affiliates. The Republic has moved for a protective order and to quash the subpoenas on the banks, and Plaintiffs have moved to compel production from both the Republic and the banks. In addition, certain of the banks have filed cross-motions to quash, modify, or for a protective order.



MEMO ENDORSED

2768009.2

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa                    - 2 -                    November 21, 2012

By Order dated September 18, 2012, Your Honor set a briefing schedule which required the Republic and the Banks to file their opposition to Plaintiffs' motion to compel on October 31, 2012 and Plaintiffs to file their reply in further support of the motion on November 21, 2012. By Order dated October 24, 2012, Your Honor set a modified briefing schedule, pertaining only to Bank of America, which required Bank of America to file its opposition to Plaintiffs' motion to compel on November 21, 2012 and Plaintiffs to file their reply in support of their motion to compel as it pertains to Bank of America on December 12, 2012.

As a result of Hurricane Sandy, the Republic and the Banks (excepting Bank of America) requested extensions of their time to file their opposition to Plaintiffs' motion to compel. Plaintiffs agreed to these extensions, subject to an extension of Plaintiffs' time to reply. The Republic and the Banks filed their opposition on November 7 and 8, 2012.

Plaintiffs, the Republic, and the Banks have now agreed to adjust the briefing schedule as follows:

December 3, 2012:      Bank of America shall serve its opposition to Plaintiffs' motion to compel.

December 21, 2012:     Plaintiffs shall serve their reply in support of their motion to compel

January 11, 2013:      The Banks that have or will have filed cross-motions to quash, modify, or for a protective order, shall serve their replies

We are available to discuss the modified schedule at the Court's convenience. If Your Honor has no objections, we respectfully request that Your Honor "so order" the modified schedule by endorsement of this letter.

Respectfully,

*Emily A. Stubbs* ESF

Emily A. Stubbs

cc:   Carmine D. Boccuzzi Jr., Esq.
      Barry Glickman, Esq.
      Kenneth Rudd, Esq.
      Lance Croffoot-Suede, Esq.
      Mark S. Sullivan, Esq.
      James L. Kerr, Esq.
      Philippe Zimmerman, Esq.
      (all via email)

*Approved.
Thomas P. Griesa
USDJ
11/26/12*

2768009.2