Barry J. Glickman
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Non-Parties
 *Bank of America, N.A., Bank of America Corporation,*
 *Banc of America Securities LLC, Merrill Lynch & Co., Inc.*
 *and Merrill, Lynch, Pierce, Fenner & Smith, Incorporated*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AURELIUS CAPITAL PARTNERS LP, and<br>AURELIUS CAPITAL MASTER, LTD.,<br>      Plaintiffs,<br>    v.<br>THE REPUBLIC OF ARGENTINA,<br>      Defendant. | 07 Civ. 2715 (TPG) |
| AURELIUS CAPITAL PARTNERS, LP and<br>AURELIUS CAPITAL MASTER, LTD.,<br>      Plaintiffs,<br>    v.<br>THE REPUBLIC OF ARGENTINA,<br>      Defendant. | 07 Civ. 11327 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and<br>ACP MASTER, LTD.,<br>      Plaintiffs,<br>    v.<br>THE REPUBLIC OF ARGENTINA,<br>      Defendant. | 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and<br>ACP MASTER, LTD.,<br>      Plaintiffs,<br>    v.<br>THE REPUBLIC OF ARGENTINA,<br>      Defendant. | 09 Civ. 10620 (TPG)<br><br>*(caption continued on following pages)* |

NOTICE OF CROSS-MOTION

| | |
|---|---|
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 1602 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD. <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 3507 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 4101 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 4782 (TPG) |
| AURELIUS CAPITAL MASTER, LTD., and AURELIUS OPPORTUNITIES FUND II, LLC, <br>                    Plaintiffs, <br>            v. <br>THE REPUBLIC OF ARGENTINA, <br>                    Defendant. | 10 Civ. 8339 (TPG) |

TAKE NOTICE that, upon the Declaration of Barry J. Glickman dated December 3, 2012 and the exhibits thereto, the accompanying memorandum of law, and upon all prior proceedings had herein, non-parties Bank of America, N.A., Bank of America Corporation, Merrill Lynch & Co., Inc., and Merrill, Lynch, Pierce, Fenner & Smith, Incorporated (which is also successor to Banc of America Securities LLC) (collectively, (the "BofA Entities") will make a cross-motion at the United States District Court located at 500 Pearl Street, New York, New York 10013, on the return of plaintiff's motion to compel compliance with subpoenas dated January 12, 2012 served on the BofA Entities ("Plaintiff's Subpoenas"), for an order quashing or modifying Plaintiff's Subpoenas pursuant to Federal Rule of Procedure 45; and for such other relief as this Court deems just and proper.

TAKE FURTHER NOTICE that, pursuant to the briefing schedule established herein, plaintiff's answering papers and reply papers on their motion, if any, must be served by December 21, 2012 and reply papers on this cross-motion, if any, shall be served and filed by January 11, 2013.

Dated:   New York, New York
         December 3, 2012

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Barry J. Glickman
Attorneys for Non-Parties
*Bank of America, N.A., Bank of America Corporation,*
 *Banc of America Securities LLC,*
*Merrill Lynch & Co., Inc.*
 *and Merrill, Lynch, Pierce, Fenner & Smith, Incorporated*
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
