# FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURM
JASON C. RUBINST
MICHAEL A. GORDON

7 TIMES SQUARE

NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100

FACSIMILE (212) 833-1250

WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
EBBS@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
    COUNSEL

JESSICA A. MURZYN
ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
SAUMYA MANOHAR
EMILY L. CHANG
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY
BRETT J. HARTMAN*

* ADMITTED IN CA AND NJ





MEMO ENDORSED January 23, 2013

BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
    *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
    *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
    *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
    *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339

Dear Judge Griesa:

This firm represents the Plaintiffs in the above-referenced actions.
Plaintiffs have served document requests on the Republic of Argentina and subpoenas on
various Banks and their affiliates. The Republic and certain of the Banks have moved for
a protective order or to quash the subpoenas on the Banks, and Plaintiffs have moved to
compel production.

By Order dated September 18, 2012, Your Honor set a briefing schedule
which required the Republic and the Banks to file their opposition to Plaintiffs' motion to

compel on October 31, 2012 and Plaintiffs to file their reply in further support of the motion on November 21, 2012. By Order dated October 24, 2012, Your Honor modified the briefing schedule to allow Bank of America to file its opposition on November 21, 2012 and Plaintiffs to file their reply brief as to Bank of America on December 12, 2012.

As a result of Hurricane Sandy, the Republic and the Banks (excepting Bank of America) requested extensions of their time to file their oppositions to Plaintiffs' motions to compel. By agreement of Plaintiffs, the Republic, and the Banks, and pursuant to Order of the Court, the Republic and the Banks filed their oppositions on November 7 and 8 and December 3, 2012. Four of the Banks – Bank of America, Barclays, Citibank, and Deutsche Bank – also cross-moved to quash, modify, or for a protective order. On December 14, 2012, in light of activity on other Argentina-related matters, Your Honor further modified the briefing schedule to permit Plaintiffs to serve their reply and their opposition to the cross-motions on February 4, 2013, and the Banks that have filed cross-motions to serve their replies on February 25, 2013.

In light of the continued activity on other Argentina-related matters, Plaintiffs, the Republic, and the Banks have agreed to adjourn the submission dates for the remaining briefs by an additional 45 days, in accordance with the following briefing schedule:

March 21, 2013:        Plaintiffs shall serve their reply and their opposition to the cross-motions

April 11, 2013:        The Banks that have filed cross-motions shall serve their replies

We are available to discuss the modified schedule at the Court's convenience. If Your Honor has no objections, we respectfully request that Your Honor "so order" the modified schedule by endorsement of this letter.

Respectfully,

Emily A. Stubbs

cc:    Carmine D. Boccuzzi Jr., Esq.
       Barry Glickman, Esq.
       Kenneth Rudd, Esq.
       Lance Croffoot-Suede, Esq.
       Mark S. Sullivan, Esq.
       James L. Kerr, Esq.
       Philippe Zimmerman, Esq.
       (all via email)