## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

| | | |
|---|---|---|
| BRUCE S. KAPLAN<br>EDWARD A. FRIEDMAN<br>GARY D. FRIEDMAN<br>BARRY A. ADELMAN<br>ERIC SEILER<br>ROBERT D. KAPLAN<br>ANDREW W. GOLDWATER<br>ROBERT J. LACK<br>GREGG S. LERNER<br>RICHARD M. HOFFMAN<br>SCOTT M. BERMAN<br>ERIC CORNGOLD<br>HAL NEIER<br>PHILIPPE ADLER<br>LANCE J. GOTKO<br>KATHERINE L. PRINGLE<br>MERYL S. ROSENBLATT<br>DANIEL B. RAPPORT<br>DAVID I. TANENBAUM<br>HALLIE B. LEVIN<br>ANNE E. BEAUMONT<br>MARY E. MULLIGAN<br>EMILY A. STUBBS<br>KENT K. ANKER<br>AMY C. BROWN<br>RICARDO SOLANO JR.<br>JOHN N. ORSINI<br>JEFFREY R. WANG<br>JEFFREY C. FOURMAUX<br>JASON C. RUBINSTEIN<br>MICHAEL A. GORDON | 7 TIMES SQUARE<br>NEW YORK, NY 10036-6516<br>TELEPHONE (212) 833-1100<br>FACSIMILE (212) 833-1250<br>WWW.FKLAW.COM<br><br>WRITER'S DIRECT DIAL<br>212-833-1125<br><br>WRITER'S DIRECT FAX<br>212-373-7925<br><br>E-MAIL<br>JMURZYN@FKLAW.COM | NORMAN ALPERT<br>ANDREW A. QUARTNER<br>ASAF REINDEL<br>COUNSEL<br><br>JESSICA A. MURZYN<br>ROBERT S. LANDY<br>STEVEN E. FRANKEL<br>L. REID SKIBELL<br>DANIEL R. GREENBERG<br>SHEELA V. PAI<br>TIMOTHY M. HAGGERTY<br>CHRISTOPHER M. COLORADO<br>CHRISTOPHER L. McCALL<br>YITZCHAK E. SOLOVEICHIK<br>CARI FAIS<br>SAUMYA MANOHAR<br>EMILY L. CHANG<br>PEARLINE M. KYI<br>ERIC J. FINKELSTEIN<br>JENNIFER A. MUSTES<br>CHARLES E. ENLOE<br>ALEXANDER D. LEVI<br>ELIZABETH S. LOSEY<br>KFIR ABUTBUL<br>SARAH F. FOLEY<br>BRETT J. HARTMAN<br>NORA BOJAR |

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 04/01/13*

March 15, 2013



BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
   *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
   *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
   *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
   *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
   *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
   *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
   *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
   *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
   *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
   *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339

Dear Judge Griesa:

      As of March 15, 2013, I will no longer be associated with Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs in the above-captioned matters. Accordingly, pursuant to Local Civil Rule 1.4, I respectfully request that my name be removed from the docket sheets and all service lists and that I no longer receive

2804069.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa        - 2 -        March 15, 2013

electronic notifications in the above actions. Friedman Kaplan Seiler & Adelman LLP continues to represent Plaintiffs in the above-captioned matters.

Respectfully,

Jessica A. Murzyn

SO ORDERED

_____
Judge Thomas P. Griesa

Dated: 4/1/13

2804069.1