## FRIEDMAN KAPLAN SEILER & ADELMAN LLP

BRUCE S. KAPLAN
EDWARD A. FRIEDMAN
GARY D. FRIEDMAN
BARRY A. ADELMAN
ERIC SEILER
ROBERT D. KAPLAN
ANDREW W. GOLDWATER
ROBERT J. LACK
GREGG S. LERNER
RICHARD M. HOFFMAN
SCOTT M. BERMAN
ERIC CORNGOLD
HAL NEIER
PHILIPPE ADLER
LANCE J. GOTKO
KATHERINE L. PRINGLE
MERYL S. ROSENBLATT
DANIEL B. RAPPORT
DAVID I. TANENBAUM
HALLIE B. LEVIN
ANNE E. BEAUMONT
MARY E. MULLIGAN
EMILY A. STUBBS
KENT K. ANKER
AMY C. BROWN
RICARDO SOLANO JR.
JOHN N. ORSINI
JEFFREY R. WANG
JEFFREY C. FOURMAUX
JASON C. RUBINSTEIN
MICHAEL A. GORDON

7 TIMES SQUARE
NEW YORK, NY 10036-6516

TELEPHONE (212) 833-1100
FACSIMILE (212) 833-1250
WWW.FKLAW.COM

WRITER'S DIRECT DIAL
212-833-1193

WRITER'S DIRECT FAX
212-373-7993

E-MAIL
ESTUBBS@FKLAW.COM

NORMAN ALPERT
ANDREW A. QUARTNER
ASAF REINDEL
COUNSEL

ROBERT S. LANDY
STEVEN E. FRANKEL
L. REID SKIBELL
DANIEL R. GREENBERG
SHEELA V. PAI
TIMOTHY M. HAGGERTY
CHRISTOPHER M. COLORADO
CHRISTOPHER L. McCALL
YITZCHAK E. SOLOVEICHIK
CARI FAIS
EMILY L. CHANG
PEARLINE M. KYI
ERIC J. FINKELSTEIN
JENNIFER A. MUSTES
CHARLES E. ENLOE
ALEXANDER D. LEVI
ELIZABETH S. LOSEY
KFIR ABUTBUL
SARAH F. FOLEY
NORA BOJAR

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 05/03/13

MEMO ENDORSED

April 22, 2013



BY HAND

Honorable Thomas P. Griesa
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re: *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 2715
        *Aurelius Capital Partners, LP v. Rep. of Arg.*, No. 07 Civ. 11327
        *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 07 Civ. 2693
        *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 8757
        *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 09 Civ. 10620
        *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 1602
        *Aurelius Opportunities Fund II, LLC v. Rep. of Arg.*, No. 10 Civ. 3507
        *Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 3970
        *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4101
        *Blue Angel Capital I LLC v. Rep. of Arg.*, No. 10 Civ. 4782
        <u>*Aurelius Capital Master, Ltd. v. Rep. of Arg.*, No. 10 Civ. 8339</u>

Dear Judge Griesa:

       This firm represents the Plaintiffs in the above-referenced actions. Plaintiffs have served subpoenas on various Banks and their affiliates. Plaintiffs have moved to compel production pursuant to the subpoenas, and certain of the Banks have moved for a protective order or to quash or modify the subpoenas. As set forth below,

2817865.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa  - 2 -  April 22, 2013

the schedule for these motions has been the subject of various orders by the Court; Plaintiffs and the Banks are now requesting a further adjournment of the schedule.[1]

By Order dated September 18, 2012, Your Honor set a briefing schedule which required the Banks to file their opposition to Plaintiffs' motion to compel on October 31, 2012 and Plaintiffs to file their reply in further support of the motion on November 21, 2012. By Order dated October 24, 2012, Your Honor modified the briefing schedule to allow Bank of America to file its opposition on November 21, 2012 and Plaintiffs to file their reply brief as to Bank of America on December 12, 2012.

As a result of Hurricane Sandy, the Banks (excepting Bank of America) requested extensions of their time to file their oppositions to Plaintiffs' motions to compel, to which Plaintiffs agreed, subject to an extension of their time to reply. The Republic and the Banks filed their oppositions on November 7 and 8 and December 3, 2012. Four of the Banks – Bank of America, Barclays, Citibank, and Deutsche Bank – also cross-moved to quash, modify, or for a protective order. On November 27, 2012, the Court endorsed the schedule to which the parties had agreed, pursuant to which Plaintiffs' reply and their opposition to the cross-motions would be filed on December 21, 2012, and the Banks that had filed cross-motions would file their replies on January 11, 2013.

On December 14, 2012, in light of activity on other Argentina-related matters, Your Honor modified the briefing schedule to permit Plaintiffs to serve their reply and their opposition to the cross-motions on February 4, 2013, and the Banks that have filed cross-motions to serve their replies on February 25, 2013. On January 25, 2013, and then on March 15, 2013, Your Honor further adjourned the briefing schedule by 45 days, with new dates of March 21 and April 11, 2013, and May 6 and May 31, 2013, respectively. Plaintiffs and the Banks are again requesting a 45-day adjournment in accordance with the following schedule:

May 27 ~~June 20~~, 2013:   Plaintiffs shall serve their reply and their opposition to the cross-motions

June 21 ~~July 11~~, 2013:   The Banks that have filed cross-motions shall serve their replies

---

[1] Up to this point, briefing with respect to the subpoenas served on the Banks has been coordinated with briefing concerning discovery Plaintiffs served on the Republic. By letter dated February 27, 2013, Plaintiffs and the Republic asked the Court to set a separate briefing schedule concerning the discovery served on the Republic, and to set a coordinated hearing concerning discovery from the Republic in these and other Argentina cases – *NML Capital, Ltd. v. The Republic of Argentina*, Nos. 03 Civ. 8845, 05 Civ. 2434, 06 Civ. 6466, 07 Civ. 1910, 2690 & 6563, 08 Civ. 2541, 3302 & 6978, 09 Civ. 1707 & 1708 and *Scheck v. The Republic of Argentina*, No. 10 Civ. 5167. That request is *sub judice*.

2817865.1

FRIEDMAN KAPLAN SEILER & ADELMAN LLP

Hon. Thomas P. Griesa - 3 - April 22, 2013

       We are available to discuss the modified schedule at the Court's convenience. If Your Honor has no objections, we respectfully request that Your Honor "so order" the modified schedule by endorsement of this letter.

Respectfully,

Emily A. Stubbs

cc: Barry Glickman, Esq.
    Kenneth Rudd, Esq.
    Lance Croffoot-Suede, Esq.
    Mark S. Sullivan, Esq.
    James L. Kerr, Esq.
    Philippe Zimmerman, Esq.
    *(all via email)*

Approved.
Thomas P. Griesa
USDJ
5/3/13

2817865.1