Case 1:07-cv-02715-TPG   Document 578   Filed 06/18/13   Page 1 of 2

# CLEARY GOTTLIEB STEEN & HAMILTON LLP

ONE LIBERTY PLAZA
NEW YORK, NY 10006-1470
(212) 225-2000
FACSIMILE (212) 225-3999
WWW.CLEARYGOTTLIEB.COM

WASHINGTON, DC • PARIS • BRUSSELS • LONDON • MOSCOW
FRANKFURT • COLOGNE • ROME • MILAN • HONG KONG
BEIJING • BUENOS AIRES • SÃO PAULO • ABU DHABI • SEOUL
LAURENT ALPERT, VICTOR I LEWKOW, LESLIE N SILVERMAN, ROBERT L TORTORIELLO, LEE C BUCHHEIT, JAMES M PEASLEE, ALAN L BELLER, THOMAS J MOLONEY, JONATHAN I BLACKMAN, WILLIAM F GORIN, MICHAEL L RYAN, ROBERT P DAVIS, YARON Z REICH, RICHARD S LINCER, JAIME A EL KOURY, STEVEN G HOROWITZ, JAMES A DUNCAN, STEVEN M LOEB, DONALD A STERN, CRAIG B BROD, SHELDON H ALSTER, MITCHELL A LOWENTHAL, EDWARD J ROSEN, JOHN PALENBERG, LAWRENCE B FRIEDMAN, NICOLAS GRABAR, CHRISTOPHER E AUSTIN, SETH GROSSHANDLER, WILLIAM A GROLL, JANET L FISHER, DAVID L SUGERMAN, HOWARD S ZELBO, DAVID E BRODSKY, MICHAEL R LAZERWITZ, ARTHUR H KOHN, RICHARD J COOPER, JEFFREY S LEWIS, FILIP MOERMAN, PAUL J SHIM, STEVEN L WILNER, ERIKA W NIJENHUIS, LINDSEE P GRANFIELD, ANDRES DE LA CRUZ, DAVID C LOPEZ, CARMEN A CORRALES, JAMES L BROMLEY, MICHAEL A GERSTENZANG, LEWIS J LIMAN, LEV L DASSIN, NEIL Q WHORISKEY, JORGE U JUANTORENA, MICHAEL D WEINBERGER, DAVID LEINWAND, JEFFREY A ROSENTHAL, ETHAN A KLINGSBERG, MICHAEL J VOLKOVITSCH, MICHAEL D DAYAN, CARMINE D BOCCUZZI, JR, JEFFREY D KARPF, KIMBERLY BROWN BLACKLOW, ROBERT J RAYMOND, LEONARD C JACOBY, SANDRA L FLOW, FRANCISCO L CESTERO, FRANCESCA L ODELL, WILLIAM L MCRAE, JASON FACTOR, MARGARET S PEPONIS, LISA M SCHWEITZER, JUAN G GIRALDEZ, DUANE MCLAUGHLIN, BREON S PEACE, MEREDITH E KOTLER, CHANTAL E KORDULA, BENET J O'REILLY, DAVID AMAN

ADAM E FLEISHER, SEAN A O'NEAL, GLENN P MCGRORY, MATTHEW P SALERNO, MICHAEL J ALBANO, VICTOR L HOU, ROGER A COOPER, AMY R SHAPIRO, JENNIFER KENNEDY PARK, ELIZABETH LENAS, LUKE A BAREFOOT, PAMELA L MARCOGLIESE
RESIDENT PARTNERS

SANDRA M ROCKS, S DOUGLAS BORISKY, JUDITH KASSEL, DAVID E WEBB, PENELOPE L CHRISTOPHOROU, BOAZ S MORAG, MARY E ALCOCK, DAVID H HERRINGTON, HEIDE H ILGENFRITZ, JONATHAN S KOLODNER, HUGH C CONROY, JR, KATHLEEN M EMBERGER, WALLACE L LARSON, JR, JAMES D SMALL, AVRAM E LUFT, DANIEL ILAN, ANDREW WEAVER, HELENA K GRANNIS, GRANT M BINDER, MEYER H FEDIDA
RESIDENT COUNSEL

Writer's Direct Dial: +1 212 225 2508
E-Mail: cboccuzzi@cgsh.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/18/13

June 18, 2013



**BY HAND**

The Honorable Thomas P. Griesa
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 1630
New York, New York 10007

      Re: *Aurelius Capital Partners, LP v. Republic of Argentina*, No. 07 Civ. 2715 (TPG) and related cases

Dear Judge Griesa:

      We write on behalf of defendant the Republic of Argentina (the "Republic") with the consent of plaintiffs in the above-referenced matters, and in connection with plaintiffs' Reply Memorandum of Law in Support of Plaintiffs' Motion to Compel Production from Defendant and Non-Party Banks, dated May 27, 2013.

      As discussed with Your Honor's chambers yesterday, the parties have agreed that in connection with the pending Motion to Compel, the Republic will file a 10-page supplemental memorandum of law on Friday, June 21, 2013, to which plaintiffs may respond on or before July 17, 2013.

Hon. Thomas P. Griesa, p. 2

       We respectfully request that Your Honor so order the above schedule by endorsing this letter.

Respectfully,

*Carmine D. Boccuzzi*

cc:    Counsel of Record (by e-mail)

approved

*Thomas P. Griesa*

06/18/13