EXHIBIT A

```
                                                                    1
        08inargn                  Argument
 1      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 2      ------------------------------x

 3      ALLAN APPLESTEIN TTEE FBO,
        D.C.A. GRANTOR TRUST,
 4
                     Plaintiff,             New York, N.Y.
 5
                  v.                        03 Civ. 6268 (TPG)
 6
        THE PROVINCE OF BUENOS AIRES,
 7
                     Defendant.
 8
        ------------------------------x
 9
                                             August 18, 2010
10                                           3:15 p.m.

11      Before:

12                       HON. THOMAS P. GRIESA,

13                                           District Judge

14                            APPEARANCES

15      WACHTEL & MASYR
             Attorneys for Plaintiff
16      BY:  HOWARD KLEINHENDLER

17      CLEARY GOTTLIEB
             Attorneys for Defendant
18      BY:  CARMINE BOCCUZZI
             RAHUL MUKHI
19
20
21
22
23
24
25
                       SOUTHERN DISTRICT REPORTERS, P.C.
                                (212) 805-0300
```

```
                                                                    5
        08inargn              Argument
 1              What I am saying is at this point I am allowed to test
 2      that assertion. I don't have to rely on seven words in a
 3      translated declaration by somebody in Buenos Aires to tell me
 4      don't worry, this bond offering, this half a billion dollar
 5      bond offering has nothing to do with the United States when,
 6      one -- and it is not disputed by the other side -- Bank of
 7      America has been hired to manage it. They say in their papers
 8      that the United States securities laws will be affected by it,
 9      and we know that the SEC laws only come into effect if the
10      bonds are securities that are offered on a United States
11      exchange.
12              So what I'm asking for at this point, Judge, is very
13      limited discovery to find out, one, what's the deal with Bank
14      of America. I want to see the contract. I want to see the
15      economic terms with Bank of America, who is identified as the
16      manager of the bond offering and whose role has not been
17      disputed by any of the papers in front of you today.
18              THE COURT: I know the defense will bring this up, but
19      just to save time, you are seeking, as I understand it,
20      attachment and/or execution and/or restraining orders, right?
21              MR. KLEINHENDLER: And discovery, correct.
22              THE COURT: And discovery.
23              I think you have a judgment or judgments, right?
24              MR. KLEINHENDLER: Correct.
25              THE COURT: So it would really be execution. I think
                        SOUTHERN DISTRICT REPORTERS, P.C.
                                 (212) 805-0300
```

```
08inargn                    Argument                              6
 1   the FSIA mixes it up a little bit, but anyway it's attachment
 2   and/or execution and then the state law restraints, right?
 3            MR. KLEINHENDLER:  Correct.
 4            THE COURT:  How can there be any of that process where
 5   there is no asset right now?
 6            Is there any asset right now to be attached or
 7   executed against or restrained?
 8            MR. KLEINHENDLER:  The answer is no.  But I am allowed
 9   under New York state law, which applies when I'm enforcing a
10   federal judgment, to have discovery to seek out where those
11   assets may be, and I have sufficiently identified what assets
12   I'm looking for.
13            THE COURT:  I don't think you have any evidence that
14   there are assets that may be in being now.  The fact is that
15   the assets you are talking about may come into being, but this
16   isn't a matter of getting discovery about where some assets may
17   be that are hidden or obscured in some way.  There are no such
18   assets now.  How can there be any process?
19            Let's suppose you had discovery, a lot of discovery
20   about what is going to go on in the future and you came back
21   with the results of that discovery.  There would be nothing
22   still to attach.
23            MR. KLEINHENDLER:  There would be, Judge, because
24   there would be ultimately the bond proceeds.
25            THE COURT:  Ultimately is ultimately.  Right now there
                     SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                    7
         08inargn              Argument
 1    are no such assets in being.  It is possible under some other
 2    procedure under state law that somebody might come in and be
 3    able to get some kind of injunctive relief tieing up something
 4    that might occur in the future, but that isn't what you are
 5    applying for now.  So I don't see that there is a basis for the
 6    Court to act here.
 7              MR. KLEINHENDLER:  The Court has jurisdiction to
 8    fashion discovery, and it's under Rule 26 which can apply here,
 9    in the way it sees fit.  I don't believe the statutes are
10    supposed to put us in a hide and seek catch me if you can.
11              THE COURT:  Let me just interrupt you again.
12              I will assume that there will be at some point this
13    bond offering.  And I agree with you that that statement is not
14    conclusive as far as the Court is concerned that there won't be
15    some assets in the United States, that there won't be some
16    buyers in the United States who would deposit money into a
17    United States entity.
18              I don't think that possibility is precluded by what is
19    represented here, at least for the purposes of the Court, but
20    that's something that may or may not happen in the future.  I
21    want to emphasize the may not.  It may not.  But it seems to me
22    you have to come in and you have to make a showing of some
23    assets in the United States or else something to indicate the
24    reasonable probability that there are assets in the United
25    States.  If you did that, I think you could have discovery.
                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```