EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/04/10

------------------------------------------x

SILVIA SEIJAS et al.,                      :

               Plaintiffs,      :

                       :     04 Civ. 400 (TPG)

     – against –                :      **ORDER**

REPUBLIC OF ARGENTINA,                     :

              Defendant.       :

------------------------------------------x

SILVIA SEIJAS et al.,                      :

               Plaintiffs,      :

                       :     04 Civ. 401 (TPG)

     – against –                :

REPUBLIC OF ARGENTINA,                     :

              Defendant.       :

------------------------------------------x

CESAR RAUL CASTRO,                         :

               Plaintiff,       :

                       :     04 Civ. 506 (TPG)

     – against –                :

REPUBLIC OF ARGENTINA,                     :

              Defendant.       :

------------------------------------------x

HICKORY SECURITIES, LTD.,                  :

               Plaintiff,       :

                       :     04 Civ. 936 (TPG)

     – against –                :

REPUBLIC OF ARGENTINA,                     :

              Defendant.       :

------------------------------------------x

```
-------------------------------------x
CLAUDIA FLORENCIA VALLS et al.,      :
                                     :
              Plaintiffs,            :
                                     :      04 Civ. 937 (TPG)
         – against –                 :
                                     :
REPUBLIC OF ARGENTINA,               :
                                     :
              Defendant.             :
-------------------------------------x
ELIZABETH ANDREA AZZA et al.,        :
                                     :
              Plaintiffs,            :
                                     :      04 Civ. 1085 (TPG)
         – against –                 :
                                     :
REPUBLIC OF ARGENTINA,               :
                                     :
              Defendant.             :
-------------------------------------x
EDUARDO PURICELLI,                   :
                                     :
              Plaintiff,             :
                                     :      04 Civ. 2117 (TPG)
         – against –                 :
                                     :
REPUBLIC OF ARGENTINA,               :
                                     :
              Defendant.             :
-------------------------------------x
RUBEN DANIEL CHORNY,                 :
                                     :
              Plaintiff,             :
                                     :      04 Civ. 2118 (TPG)
         – against –                 :
                                     :
REPUBLIC OF ARGENTINA,               :
                                     :
              Defendant.             :
-------------------------------------x
```

Plaintiffs request that the court compel the Republic to respond to interrogatories and document requests dated September 29, 2010. Plaintiffs seek to determine whether it is the Republic's present intention to issue new bonds in the next twelve months, and, if so, plaintiffs seek further information. The Republic opposes the request in its entirety.

Plaintiffs' request is denied.

SO ORDERED.


Dated: New York, New York
       October 4, 2010

Thomas P. Griesa
U.S.D.J.