EXHIBIT C

```
                                                                    1
      984FARGGA
1     UNITED STATES DISTRICT COURT
1     SOUTHERN DISTRICT OF NEW YORK
2     ------------------------------x
2
3     CAPITAL VENTURES,
3
4                   Plaintiff,
4
5          v.                              05 CV 4085
5                                  06 CV 207
6     REPUBLIC OF ARGENTINA,
6
7                   Defendant.
7     ------------------------------x
8     NML CAPITAL,
9                         Plaintiff
10         -v-                              03 CV 8845
11    REPUBLIC OF ARGENTINA,
12                        Defendant
12    ------------------------------x
13    E.M. LTD.,
13                        Plaintiff,
14         -v-                              03 CV 8845
15    REPUBLIC OF ARGENTINA,
16                        Defendant.
16    ------------------------------x
17                                     New York, N.Y.
18                                     November 4, 2009
18                                     5:00 p.m.
19
19    Before:
20
20                   HON. THOMAS P. GRIESA,
21
21                               District Judge
22
22                         APPEARANCES
23
23    QUINN EMANUEL
24         Attorneys for Plaintiff NML Capital
24    KEVIN S. REED
25
              SOUTHERN DISTRICT REPORTERS, P.C.
                     (212) 805-0300
```

984FARGGA

1  desirable for the Republic to be willing to negotiate with the
2  plaintiffs in these cases.  Lawsuits are settled all the time
3  and how are they settled, they're settled through negotiation,
4  sometimes with the assistance of the Court.  But I don't -- I
5  have no ability to direct or order or enter some kind of a
6  judgment saying that the Republic has to negotiate with these
7  plaintiffs or these plaintiffs have to negotiate with the
8  Republic.
9          What happened I guess five years ago or so was that
10  there was this exchange offer.  It was offered to everybody.  I
11  think it was offered to even plaintiffs in these lawsuits, and
12  at least the plaintiffs that are still in the lawsuits
13  certainly didn't accept.  Now you have this new negotiation.  I
14  might say isn't it too bad that the plaintiffs in these
15  lawsuits aren't part of that negotiation, but I can't direct
16  anybody to carry that out.
17          MR. REED:  Absolutely not, your Honor, and I wouldn't
18  suggest that.
19          THE COURT:  I'm just talking.
20          MR. REED:  I apologize.
21          THE COURT:  But you said something about you
22  shouldn't, something shouldn't be done on the back of somebody.
23  I'm sort of responding to that.
24          Now, if there are entities such as banks who want to
25  negotiate with the Republic and then turn around and buy bonds

24

984FARGGA
1   to tender, that's their privilege.  If the banks are
2   representing clients who might be able to tender, if the banks
3   are simply advising the Republic, all that is perfectly within
4   their rights, and that is true to such a degree, that's just
5   simply true, and this Court really should not take steps to
6   interfere with that, and I really don't see that it would be
7   proper for me to order discovery as to what is going on in the
8   negotiations of what is contemplated now by way of terms or
9   mechanics.  I think that the Republic is not exactly a hero,
10  but the Republic does have the right to negotiate, and
11  negotiations are generally confidential and I don't think that
12  the Court should intrude into those negotiations by ordering
13  discovery.  So I am denying the motions that are before me to
14  compel response to discovery requests on this subject, and
15  that's my decision.  Thank you very much.
16          MR. REED:  Your Honor, may I make one alternative
17  proposal for your consideration?
18          THE COURT:  Go ahead.
19          MR. REED:  Thank you.  In your earlier comments, you
20  seemed to be concerned that there be sufficient time for the
21  creditors to seek attachments or whatever applications they
22  might make after the offer is announced.  You were asking
23  Mr. Boccuzzi whether or not it was going to close in a matter
24  of a day or a period of weeks, and we appreciate that.  The
25  concern from our side is that merely knowing the terms of the
                    SOUTHERN DISTRICT REPORTERS, P.C.
                            (212) 805-0300