UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                      Plaintiffs,

       - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.
-------------------------------------------------------------------x

No. 07 Civ. 2715 (TPG)

AURELIUS CAPITAL PARTNERS, LP
and AURELIUS CAPITAL MASTER, LTD.,

                      Plaintiffs,

       - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.
-------------------------------------------------------------------x

No. 07 Civ. 11327 (TPG)

BLUE ANGEL CAPITAL I LLC,

                      Plaintiff,

       - against -

THE REPUBLIC OF ARGENTINA,

                      Defendant.
-------------------------------------------------------------------x

No. 07 Civ. 2693 (TPG)

(*Captions continue on following pages*)

## DECLARATION OF EMILY A. STUBBS IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL PRODUCTION FROM DEFENDANT AND NON-PARTY BANKS

2841543.1

```
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :
                                                               :  No. 09 Civ. 8757 (TPG)
                                  Plaintiffs,                  :
                                                               :
             - against -                                       :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                  Defendant.                   :
---------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                              :
ACP MASTER, LTD.,                                              :
                                                               :
                                                               :  No. 09 Civ. 10620 (TPG)
                                  Plaintiffs,                  :
                                                               :
             - against -                                       :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                  Defendant.                   :
---------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC                            :
and AURELIUS CAPITAL MASTER, LTD.,                             :
                                                               :
                                                               :  No. 10 Civ. 1602 (TPG)
                                  Plaintiffs,                  :
                                                               :
             - against -                                       :
                                                               :
THE REPUBLIC OF ARGENTINA,                                     :
                                                               :
                                  Defendant.                   :
---------------------------------------------------------------x :
```

```
-------------------------------------------------------------------x :
AURELIUS OPPORTUNITIES FUND II, LLC              :
and AURELIUS CAPITAL MASTER, LTD.,               :
                                                 :   No. 10 Civ. 3507 (TPG)
                              Plaintiffs,        :
                                                 :
              - against -                        :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                              Defendant.         :
-------------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                :
AURELIUS OPPORTUNITIES FUND II, LLC,             :
                                                 :   No. 10 Civ. 3970 (TPG)
                              Plaintiffs,        :
                                                 :
              - against -                        :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                              Defendant.         :
-------------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                        :
                                                 :
                              Plaintiff,         :   No. 10 Civ. 4101 (TPG)
                                                 :
              - against -                        :
                                                 :
THE REPUBLIC OF ARGENTINA,                       :
                                                 :
                              Defendant.         :
-------------------------------------------------------------------x :
```

2841543.1

```
-------------------------------------------------------------------x :
BLUE ANGEL CAPITAL I LLC,                                          :
                                                                   :
                                    Plaintiff,                     :   No. 10 Civ. 4782 (TPG)
                                                                   :
              - against -                                          :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------x :
AURELIUS CAPITAL MASTER, LTD. and                                  :
AURELIUS OPPORTUNITIES FUND II, LLC,                               :
                                                                   :   No. 10 Civ. 8339 (TPG)
                                    Plaintiffs,                    :
                                                                   :
              - against -                                          :
                                                                   :
THE REPUBLIC OF ARGENTINA,                                         :
                                                                   :
                                    Defendant.                     :
-------------------------------------------------------------------x :
```

2841543.1

I, Emily A. Stubbs, declare as follows:

1.   I am a partner in the law firm of Friedman Kaplan Seiler & Adelman LLP, counsel to Plaintiffs Aurelius Capital Partners, LP, Aurelius Capital Master, Ltd., ACP Master, Ltd., Aurelius Opportunities Fund II, LLC and Blue Angel Capital I LLC (collectively "Plaintiffs").  I make this Declaration to put before this Court certain documents related to Plaintiffs' Motion to Compel Production from Defendant and Non-Party Banks.  The attached documents were assembled either by me or by persons working at my direction.

2.   Attached to this Declaration as Exhibits A-B are true and correct copies of the following documents:

| Ex. | Document |
|---|---|
| A | Memorandum of Law In Support of Defendant The Republic of Argentina's Motion to Quash Subpoena, dated May 17, 2010, *NML Capital Ltd. v. The Republic of Argentina*, 03 Civ. 8845 (TPG); |
| B | December 9, 2010 letter from NML's counsel to the Court (with attachment), *NML Capital, Ltd. v. The Republic of Argentina*, 03 Civ. 8845 (TPG). |

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Executed in New York, NY
on this 17th day of July 2013

_____
Emily A. Stubbs

2841543.1