UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS LP, and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 07 Civ. 2715 (TPG) |
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 07 Civ. 11327 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 09 Civ. 8757 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 09 Civ. 10620 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD., <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 10 Civ. 1602 (TPG) |
| AURELIUS OPPORTUNITIES FUND II, LLC and AURELIUS CAPITAL MASTER, LTD. <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 10 Civ. 3507 (TPG) |
| AURELIUS CAPITAL MASTER, LTD. and AURELIUS OPPORTUNITIES FUND II, LLC, <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 10 Civ. 3970 (TPG) |
| BLUE ANGEL CAPITAL I LLC, <br> Plaintiffs, <br> v. <br> THE REPUBLIC OF ARGENTINA, <br> Defendant. | | 10 Civ. 4101 (TPG) |

| | |
|---|---|
| BLUE ANGEL CAPITAL I LLC,<br>　　　　　　　　　　　　　Plaintiffs,<br>　　　　　v.<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　　　　　　　　Defendant. | 10 Civ. 4782 (TPG) |
| AURELIUS CAPITAL MASTER, LTD., and AURELIUS OPPORTUNITIES FUND II, LLC,<br>　　　　　　　　　　　　　Plaintiffs,<br>　　　　　v.<br>THE REPUBLIC OF ARGENTINA,<br>　　　　　　　　　　　　　Defendant. | 10 Civ. 8339 (TPG) |

NOTICE OF CHANGE OF ADDRESS

TO:　ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☒　I have cases pending　　　　　　　　　　　　☐　I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

　　　　　　　　　　Barry J. Glickman　　　　　　

FILL IN ATTORNEY NAME

My SDNY Bar Number is: __BG5877__　My State Bar Number is: ____1921808

I am,

　　☒　An attorney

　　☐　A Government Agency attorney ☐

　　　　A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:　FIRM NAME:　Zeichner Ellman & Krause LLP
　　　　　　FIRM ADDRESS:　575 Lexington Avenue
　　　　　　　　　　　　　　New York, New York 10022
　　　　　　FIRM TELEPHONE NUMBER:　212-223-0400
　　　　　　FIRM FAX NUMBER:　212-753-0396

NEW FIRM:　FIRM NAME:　Zeichner Ellman & Krause LLP
　　　　　　FIRM ADDRESS:　1211 Avenue of the Americas
　　　　　　　　　　　　　　New York, New York 10036
　　　　　　FIRM TELEPHONE NUMBER:　212-223-0400
　　　　　　FIRM FAX NUMBER:　212-753-0396

　　☒　I will continue to be counsel of record on the above-entitled case at my new firm/agency.

　　☐　I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

Dated:　August 16, 2013

　　　　　　　　　　　　　　　　　　　　　　[signature: Barry J. G.]
　　　　　　　　　　　　　　　　　　　　　　ATTORNEY'S SIGNATURE

0726195v1/BJG/1593.524