UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
                                                                         :
AURELIUS CAPITAL PARTNERS, LP and                                        :
AURELIUS CAPITAL MASTER, LTD.,                                           :
                                                                         :   07 Civ. 2715 (TPG)
                        Plaintiffs,                                      :
                                                                         :   **NOTICE OF APPEAL**
                v.                                                       :
                                                                         :
THE REPUBLIC OF ARGENTINA,                                               :
                                                                         :
                        Defendant.                                       :
                                                                         :
------------------------------------------------------------------------ X

    Notice is hereby given that the Republic of Argentina (the "Republic"), defendant in the above-captioned case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order entered in this action on September 26, 2013 granting plaintiffs' motion to compel the Republic, Banco de la Nación Argentina, Barclays Bank PLC, Barclays Capital, Inc., Citibank N.A., Citicorp North America Inc., Citicorp USA Inc., Citigroup Global Markets Inc., Citigroup, Inc., Deutsche Bank AG, Deutsche Bank Americas Holding Corp., Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, Taunus Corporation, Banc of America Securities LLC, Bank of America Corporation, Bank of America, N.A., Merrill Lynch & Co., Inc., and Merrill Lynch, Pierce, Fenner & Smith Incorporated to comply with their requests for production and subpoenas, and overruling the Republic's motion for a protective

order and to quash plaintiffs' requests for production and subpoenas, and from all underlying or associated opinions and orders.

Dated: New York, New York
October 24, 2013

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:_____
Jonathan I. Blackman (jblackman@cgsh.com)
Carmine D. Boccuzzi (cboccuzzi@cgsh.com)

One Liberty Plaza
New York, New York 10006
(212) 225-2000

Attorneys for the Republic of Argentina