UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | : : : | |
| Plaintiffs | : | No. 07 Civ. 2715 (TPG) |
| -against- | : : | |
| THE REPUBLIC OF ARGENTINA, | : : | |
| Defendant. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL PARTNERS, LP and AURELIUS CAPITAL MASTER, LTD., | : : : | |
| Plaintiffs | : : | No. 07 Civ. 11327 (TPG) |
| -against- | : : | |
| THE REPUBLIC OF ARGENTINA, | : : | |
| Defendant. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| BLUE ANGEL CAPITAL I LLC | : : | No. 07 Civ. 2693 (TPG) |
| Plaintiff | : : | |
| -against- | : : | |
| THE REPUBLIC OF ARGENTINA, | : : | |
| Defendant. | : | |

-----------------------------------------------------------------x

| | | |
|---|---|---|
| AURELIUS CAPITAL MASTER, LTD. and ACP MASTER, LTD., | : : : | No. 09 Civ. 8757 (TPG) |
| Plaintiffs | : : | |
| -against- | : : | |
| THE REPUBLIC OF ARGENTINA, | : : | |
| Defendant. | : : | |

-----------------------------------------------------------------x

1

```
------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD. and            :
ACP MASTER, LTD.,                            :
                                             :     No.  09 Civ. 10620 (TPG)
                 Plaintiffs                  :
                                             :
              -against-                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                 Defendant.                  :
------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD.                :
and AURELIUS OPPORTUNITIES FUND II,          :
LLC,                                         :
                                             :     No. 10 Civ. 8339 (TPG)
                 Plaintiffs                  :
                                             :
              -against-                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                 Defendant.                  :
------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC                     :
                                             :     No.  10 Civ. 4782 (TPG)
                 Plaintiff                   :
                                             :
              -against-                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                 Defendant.                  :
------------------------------------------------------------x
BLUE ANGEL CAPITAL I LLC                     :
                                             :     No.  10 Civ. 4101 (TPG)
                 Plaintiff                   :
                                             :
              -against-                      :
                                             :
THE REPUBLIC OF ARGENTINA,                   :
                                             :
                 Defendant.                  :
------------------------------------------------------------x
```

```
---------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD.                 :
and AURELIUS OPPORTUNITIES FUND II,           :
LLC,                                          :
                                              :
                                              :   No. 10 Civ. 3507 (TPG)
              Plaintiffs                      :
                                              :
              -against-                       :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
              Defendant.                      :
---------------------------------------------------------------x
AURELIUS CAPITAL MASTER, LTD.                 :
and AURELIUS OPPORTUNITIES FUND II,           :
LLC,                                          :
                                              :
                                              :   No. 10 Civ. 3970 (TPG)
              Plaintiffs                      :
                                              :
              -against-                       :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
              Defendant.                      :
---------------------------------------------------------------x
AURELIUS OPPORTUNITIES FUND II, LLC           :
and AURELIUS CAPITAL MASTER, LTD.,            :
                                              :
                                              :   No. 10 Civ. 1602 (TPG)
              Plaintiffs                      :
                                              :
              -against-                       :
                                              :
THE REPUBLIC OF ARGENTINA,                    :
                                              :
              Defendant.                      :
---------------------------------------------------------------x
```

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE TAKE NOTICE that Kimberly Hamm hereby withdraws her appearance as counsel for Plaintiffs in the above-referenced actions. Plaintiffs continue to be represented in these actions by counsel of record from Simpson Thacher & Bartlett LLP.

Dated: New York, New York
October 3, 2014

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/Kimberly Hamm
  Barry R. Ostrager
  (bostrager@stblaw.com)
  Tyler B. Robinson
  (trobinson@stblaw.com)
  Kimberly Hamm
  (khamm@stblaw.com)

425 Lexington Avenue
New York, New York 10017-3954
Tel.: (212) 455-2000
Fax: (212) 455-2502

*Attorneys for Plaintiffs*